IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ND Products, Inc. | Case No.: 22-cv-00099 |
| Plaintiff, | |
| v. | Judge: Hon. Sara L. Ellis |
| Does 1-359, As Identified in Exhibit 2, | |
| Defendants. | Magistrate: Hon. Jeffrey T. Gilbert |

**EX PARTE TEMPORARY RESTRAINING ORDER
WITH ASSET FREEZE AND OTHER EQUITABLE RELIEF**

Plaintiff, ND Products, Inc. ("Plaintiff"), having filed a complaint for Patent Infringement, and having moved *ex parte* for a Temporary Restraining Order and other relief pursuant to Rule 65 of the Federal Rules of Civil Procedure, Fed. R. Civ. Pro. 65 (Dkt. 9), and the Court having considered the complaint, declarations, exhibits, and memorandum of law filed in support, finds as follows:

1. This Court has subject matter jurisdiction over the subject matter of this case;

2. This Court has good cause to believe the Court will have jurisdiction over the parties as the Defendants directly target their business activities toward consumers in the United States, including Illinois, and offering to sell and/or ship products into this Judicial District;

3. There is good cause to believe that the Defendants, identified in Plaintiff's Complaint Exhibit #2 and Exhibit 3 to the Declaration of Kevin Keener (under seal), and further identified below, have engaged in, and are likely to continue to engage in acts and practices that infringe U.S. Patent Number 10,813,792 ("the '724 Patent") ((Ex. 2 of Pl's Compl); Dkts. #2-1; 10-6)).

| Doe | Platform | Seller Name | Seller ID | Product ID |
|---|---|---|---|---|
| 1 | Amazon | ALOODS | AEP7X7GPNYA0Z | B08SWJ34RR |
| 2 | Amazon | ALOOF US | AQV55QBB9KHWT | B09JZVG2ZB |
| 3 | Amazon | ARMYGS | AHWJNSB9PMPQK | B09J4FDMW8 |
| 4 | Amazon | ASHARP | A2R2IWV2XOAOQR | B09J8CCP4D |
| 5 | Amazon | Bigao | A5KK0SLEJGWC1 | B09KV6MKGX |
| 5 | Amazon | Bigao | A5KK0SLEJGWC1 | B092VD1932 |
| 6 | Amazon | DAMENGNAN | A2SYYOJSQSI96O | B09BMYKL96 |
| 7 | Amazon | ESPULL | A2EIK63U3MB7YQ | B09KBBJH5H |
| 8 | Amazon | fenweimaoyi | A2F0DYRL711S1Z | B09HQV3V5H |
| 8 | Amazon | fenweimaoyi | A2F0DYRL711S1Z | B09HQVHR82 |
| 8 | Amazon | fenweimaoyi | A2F0DYRL711S1Z | B09DL6JM6M |
| 8 | Amazon | fenweimaoyi | A2F0DYRL711S1Z | B09DL6ML6K |
| 9 | Amazon | FSGKJY | A2B28IXQDI2LVY | B083RTPXJ6 |
| 10 | Amazon | HAA-Capzord | A2Q7BYEC024CDA | B09F9DTBVB |
| 11 | Amazon | HiDJSG | A2GE53MDL60XDK | B09HT6QZVZ |
| 11 | Amazon | HiDJSG | A2GE53MDL60XDK | B09HT7KF3Q |
| 11 | Amazon | HiDJSG | A2GE53MDL60XDK | B09GV9WVH2 |
| 11 | Amazon | HiDJSG | A2GE53MDL60XDK | B09HT9T8CL |
| 11 | Amazon | HiDJSG | A2GE53MDL60XDK | B097BTB18B |
| 11 | Amazon | HiDJSG | A2GE53MDL60XDK | B09GV78NBY |
| 12 | Amazon | BENBIAO | A2TN23R0SD1MWO | B09CLKTTZG |
| 13 | Amazon | HUIBAO-US | A2N3Z5ABWH74YT | B085MLNT3Q |
| 14 | Amazon | KENANFADA | A3KRMV05UIRNYM | B09F6BY6YK |
| 14 | Amazon | KENANFADA | A3KRMV05UIRNYM | B09FGFXT2D |
| 15 | Amazon | MATAO-MA | A3CBO0TGM7AHCB | B09H6F6WHG |
| 16 | Amazon | MSW-8 | A307X0N70Q1OMF | B09DVHVLH8 |
| 17 | Amazon | MSW-9 | A2VCPCOSSFDN38 | B09G66D3RX |
| 17 | Amazon | MSW-9 | A2VCPCOSSFDN38 | B09G77J1H1 |
| 18 | Amazon | Ran US | A18IEMBSDIFV6E | B09HBN6Q8Z |
| 18 | Amazon | Ran US | A18IEMBSDIFV6E | B09K7G3H8T |
| 19 | Amazon | Roayan | A1Q2G5RTZGRPXJ | B09F68SK8C |
| 19 | Amazon | Roayan | A1Q2G5RTZGRPXJ | B09B7T9NT2 |
| 19 | Amazon | Roayan | A1Q2G5RTZGRPXJ | B09JNY6QW6 |
| 19 | Amazon | Roayan | A1Q2G5RTZGRPXJ | B09JNSVMR7 |
| 19 | Amazon | Roayan | A1Q2G5RTZGRPXJ | B09LSZTYR4 |
| 19 | Amazon | Roayan | A1Q2G5RTZGRPXJ | B09B7SNB4W |
| 20 | Amazon | Romango | A33GOWQKZ13GY1 | B09FTH9XCJ |
| 20 | Amazon | Romango | A33GOWQKZ13GY1 | B09K7FMFHK |
| 20 | Amazon | Romango | A33GOWQKZ13GY1 | B09N14THK3 |

| 20 | Amazon | Romango | A33GOWQKZ13GY1 | B09LCCM11S |
|---|---|---|---|---|
| 21 | Amazon | rongrong mall | AK3WWK1BX41NB | B08R8X713K |
| 22 | Amazon | Ruiqi Business | AC9QI96U5J1Q3 | B09BVZBPX6 |
| 23 | Amazon | TingEnterprisebinn | AHRV7RX87V3PT | B09F4NYKDP |
| 23 | Amazon | TingEnterprisebinn | AHRV7RX87V3PT | B09F4NVRZN |
| 24 | Amazon | TOPWAVO | A2HNXA2FHEGV9Q | B09K3SYN33 |
| 24 | Amazon | TOPWAVO | A2HNXA2FHEGV9Q | B09J8BS5XH |
| 25 | Amazon | wewrdgdfgdgd | AR7R2N9BKLHLQ | B08XQ16CTD |
| 26 | Amazon | ZCXD Store | A702VAC6NUMO5 | B08NWZKWY8 |
| 26 | Amazon | ZCXD Store | A702VAC6NUMO5 | B09JZVLLYS |
| 26 | Amazon | ZCXD Store | A702VAC6NUMO5 | B09HHPLPSL |
| 26 | Amazon | ZCXD Store | A702VAC6NUMO5 | B09MNGB6YR |
| 26 | Amazon | ZCXD Store | A702VAC6NUMO5 | B0995Q3KRD |
| 26 | Amazon | ZCXD Store | A702VAC6NUMO5 | B09M9YQBFM |
| 27 | DhGate | Abbybellee | 21635392 | 726045304 |
| 27 | DhGate | Abbybellee | 21635392 | 699834096 |
| 28 | DhGate | Are_beautiful | 21544778 | 731726062 |
| 29 | DhGate | Best_kitchen_home | 21562737 | 731612479 |
| 30 | DhGate | Cheapgoodfuns | 21609685 | 636287845 |
| 31 | DhGate | Damai123 | 20771813 | 644669746 |
| 32 | DhGate | Do_bussiness_with | 21544962 | 731631023 |
| 33 | DhGate | Durian0725 | 20919116 | 570329604 |
| 33 | DhGate | Durian0725 | 20919116 | 570328529 |
| 34 | DhGate | Fashion_with_you | 21544963 | 731618248 |
| 35 | DhGate | Fengxingjd | 21281333 | 733995620 |
| 36 | DhGate | Figure925 | 21666829 | 699947232 |
| 37 | DhGate | Good_sunglasses | 20329491 | 731726284 |
| 38 | DhGate | Item_home | 21609011 | 678447511 |
| 39 | DhGate | Lenny1029 | 21278417 | 734990578 |
| 40 | DhGate | Liangjingjing_kitche | 20265346 | 731630038 |
| 41 | DhGate | Liangjingjing_no1 | 19994194 | 731619807 |
| 42 | DhGate | Lonyee | 21596681 | 603009350 |
| 42 | DhGate | Lonyee | 21596681 | 653818697 |
| 42 | DhGate | Lonyee | 21596681 | 647844799 |
| 43 | DhGate | Lonyeebaba | 21647539 | 666199531 |
| 43 | DhGate | Lonyeebaba | 21647539 | 666196417 |
| 44 | DhGate | Love2016365 | 20189067 | 417472671 |
| 45 | DhGate | Luy_flowhome | 21602405 | 630847566 |
| 46 | DhGate | Manufacturers | 21618984 | 708885658 |
| 47 | DhGate | Meidy | 16921459 | 701937707 |
| 47 | DhGate | Meidy | 16921459 | 701941003 |
| 48 | DhGate | Miaifamily | 20831650 | 547492893 |
| 48 | DhGate | Miaifamily | 20831650 | 546555611 |

| 49 | DhGate | Monalisa2013 | 15488357 | 701939962 |
|---|---|---|---|---|
| 49 | DhGate | Monalisa2013 | 15488357 | 701940445 |
| 50 | DhGate | Nicehome88 | 21543934 | 552821999 |
| 51 | DhGate | Szq75668899 | 21648633 | 703507953 |
| 51 | DhGate | Szq75668899 | 21648633 | 672059069 |
| 52 | DhGate | Topwholesalerno3 | 21460427 | 556802394 |
| 53 | DhGate | Toys2010 | 21594859 | 680607707 |
| 54 | DhGate | Xiaobowang1988 | 14424227 | 587142167 |
| 55 | DhGate | Zhengyouchen | 20683907 | 552261740 |
| 56 | DhGate | Zyjbeauty | 21507920 | 732760160 |
| 57 | Ebay | *gbshop* | *gbshop* | 193665881063 |
| 58 | Ebay | 7836050 | 7836050 | 234234086818 |
| 59 | Ebay | adix_store | adix_store | 185132420399 |
| 60 | Ebay | ahmed0162570871 | ahmed0162570871 | 373739190559 |
| 61 | Ebay | alio_store | alio_store | 184962344176 |
| 62 | Ebay | amazing-usa-deal | amazing-usa-deal | 403239591199 |
| 63 | Ebay | amitaipe | amitaipe | 294462406265 |
| 64 | Ebay | arnas-seller | arnas-seller | 333923563957 |
| 65 | Ebay | aushawi_0 | aushawi_0 | 194245507278 |
| 66 | Ebay | best_buy4you-84 | best_buy4you-84 | 124955476265 |
| 67 | Ebay | best_for_all76 | best_for_all76 | 185105976925 |
| 67 | Ebay | best_for_all76 | best_for_all76 | 185105977240 |
| 67 | Ebay | best_for_all76 | best_for_all76 | 185190215284 |
| 67 | Ebay | best_for_all76 | best_for_all76 | 185190215037 |
| 68 | Ebay | best_store5 | best_store5 | 363588058327 |
| 69 | Ebay | best-shopping-with-us | best-shopping-with-us | 124830031698 |
| 70 | Ebay | bigbigfalls | bigbigfalls | 264886746751 |
| 71 | Ebay | bigger.home20 | bigger.home20 | 133903029923 |
| 72 | Ebay | candy.bean-1 | candy.bean-1 | 165126759944 |
| 73 | Ebay | changehomestead1 | changehomestead1 | 313706901114 |
| 73 | Ebay | changehomestead1 | changehomestead1 | 313204949325 |
| 74 | Ebay | crypto_profit | crypto_profit | 373755429406 |
| 75 | Ebay | dineshshrestha | dineshshrestha | 384459623461 |
| 76 | Ebay | disama-39 | disama-39 | 143895888550 |
| 77 | Ebay | dsstores_00 | dsstores_00 | 224264489386 |
| 78 | Ebay | dudigalabrgel | dudigalabrgel | 224647139884 |
| 78 | Ebay | dudigalabrgel | dudigalabrgel | 224647140300 |
| 78 | Ebay | dudigalabrgel | dudigalabrgel | 224647140300 |
| 79 | Ebay | easy_buystore | easy_buystore | 133819581041 |
| 80 | Ebay | easynet-1 | easynet-1 | 283970635327 |
| 81 | Ebay | ebamel4 | ebamel4 | 384444676557 |
| 82 | Ebay | eddyl_99 | eddyl_99 | 402913477622 |
| 83 | Ebay | elior_store5 | elior_store5 | 154674358816 |
| 84 | Ebay | emei.mountain | emei.mountain | 165155878462 |
| 85 | Ebay | ep_household | ep_household | 353227337657 |
| 86 | Ebay | estersbrands | estersbrands | 115069612883 |
| 87 | Ebay | etone97 | etone97 | 194307425605 |
| 88 | Ebay | eysa85 | eysa85 | 294394899588 |

| 89 | Ebay | fikwah0 | fikwah0 | 165126315222 |
|---|---|---|---|---|
| 90 | Ebay | first-seller-80 | first-seller-80 | 324816936561 |
| 91 | Ebay | fro-8366 | fro-8366 | 124972975148 |
| 92 | Ebay | garajap21 | garajap21 | 224610839605 |
| 93 | Ebay | getonl_0 | getonl_0 | 284495520859 |
| 94 | Ebay | gili_store | gili_store | 384420013804 |
| 95 | Ebay | guitar-warehouse00 | guitar-warehouse00 | 392998538789 |
| 96 | Ebay | homme-fashion501 | homme-fashion501 | 363596535639 |
| 97 | Ebay | idanix_store | idanix_store | 185109684931 |
| 97 | Ebay | idanix_store | idanix_store | 185109684836 |
| 98 | Ebay | info.rukish_50 | info.rukish_50 | 403126057738 |
| 99 | Ebay | kesem_us | kesem_us | 144180461114 |
| 100 | Ebay | joseph-shop10 | joseph-shop10 | 303102762527 |
| 101 | Ebay | k.e.gamini | k.e.gamini | 165033115018 |
| 102 | Ebay | market_bestchoice | market_bestchoice | 143988973911 |
| 103 | Ebay | martnova | martnova | 153047954038 |
| 104 | Ebay | mega.shop | mega.shop | 274722390576 |
| 105 | Ebay | melanatedtshirt | melanatedtshirt | 224643504988 |
| 105 | Ebay | melanatedtshirt | melanatedtshirt | 224664844248 |
| 106 | Ebay | mohammeriya_42 | mohammeriya_42 | 373693699568 |
| 107 | Ebay | mohanas7589 | mohanas7589 | 313715810910 |
| 108 | Ebay | najmo_store | najmo_store | 294499463931 |
| 108 | Ebay | najmo_store | najmo_store | 294499463931 |
| 108 | Ebay | najmo_store | najmo_store | 294599784467 |
| 109 | Ebay | nehoci | nehoci | 334176577942 |
| 110 | Ebay | next-store-1 | next-store-1 | 353701066421 |
| 111 | Ebay | perfectshop77 | perfectshop77 | 174998273927 |
| 112 | Ebay | ponimai | ponimai | 284481960690 |
| 113 | Ebay | prosperoussoul-2 | prosperoussoul-2 | 313710907227 |
| 114 | Ebay | rachfebr_0 | rachfebr_0 | 363604455934 |
| 114 | Ebay | rachfebr_0 | rachfebr_0 | 363604456978 |
| 114 | Ebay | rachfebr_0 | rachfebr_0 | 363604456114 |
| 115 | Ebay | razbenshimon8 | razbenshimon8 | 393647637424 |
| 116 | Ebay | robertogutierrezz | robertogutierrezz | 154635920320 |
| 117 | Ebay | rodolfpemjea_0 | rodolfpemjea_0 | 203654757586 |
| 118 | Ebay | royal-products-1 | royal-products-1 | 274969045512 |
| 119 | Ebay | savsol2021 | savsol2021 | 384370327419 |
| 120 | Ebay | shala_6859 | shala_6859 | 334191822232 |
| 121 | Ebay | shini_store | shini_store | 165035707325 |
| 122 | Ebay | superusefuldeals4u | superusefuldeals4u | 164765646143 |
| 123 | Ebay | tge620 | tge620 | 353584682822 |
| 123 | Ebay | tge620 | tge620 | 353584682822 |
| 124 | Ebay | theekshani-store | theekshani-store | 304102741028 |
| 125 | Ebay | thushanjayaw-0 | thushanjayaw-0 | 384179929866 |
| 126 | Ebay | usa-fast-deal | usa-fast-deal | 203656868664 |
| 127 | Ebay | walstorepak | walstorepak | 234199010714 |
| 128 | Ebay | wonderfulbuying36588 | wonderfulbuying36588 | 373695548377 |
| 128 | Ebay | wonderfulbuying36588 | wonderfulbuying36588 | 373695629628 |

| 129 | Ebay | zazou_store | zazou_store | 233843034347 |
|---|---|---|---|---|
| 130 | Ebay | zm_trade | zm_trade | 313729487512 |
| 131 | Wish | Kenneth M Brown | 5e999eae826c6ca16b8e73a7 | 60d452431a8c29418086ae2a |
| 132 | Wish | BDFKLJ | 5ea130bc99296702463ebae5 | 5ee86fd0b7a7483dc70e48b5 |
| 133 | Wish | bibma1 | 5e39a3aa3b9f481f36fb2ab5 | 5fa1077c35e790003f312723 |
| 134 | Wish | BlueGreenow | 60dba0923a515a1f32c79802 | 6134f716478aa8bb0a87bd25 |
| 135 | Wish | bromicras | 5fd971a6ea4029123efd5ae9 | 613bcd0f6499ba6b8396f3c9 |
| 136 | Wish | bvncghmjljkbljb | 5e69cec9cfd5344f444fa6f3 | 5ee1d35607236c36d8499421 |
| 137 | Wish | ccry1157 | 5b25ec287752c8317dafa5e8 | 608a1046f1b6dedee0857c4a |
| 138 | Wish | chenaisheng2134 | 614ad1375c1bdc3cf9940124 | 617b8f0cd789f4fd8fb79e2c |
| 139 | Wish | chenlixiao | 5de11641d30dac0101e38c5c | 6087fb770eb9a4925f223bfe |
| 140 | Wish | chenqinjun Store | 5fa0de732df7f0523e938ecc | 5fcda01b28f616dcaa32de81 |
| 141 | Wish | Cinny Store | 5e7d621629e78658009b7f31 | 600bf0dd338f838bc6ad7977 |
| 142 | Wish | Climb Electronic Technology Co., Ltd. | 53e1a490ff4d6d7be2e725ff | 5fc8593af0db5f393c874292 |
| 143 | Wish | CNUJOJ STOR | 5f1e9be8184c097c759fdd8e | 60655a939bb49ffc982a8433 |
| 144 | Wish | dailu089E | 5d5e4ba733f0b42e00b34549 | 5f4632b85a33f0004575b030 |
| 145 | Wish | DBoss | 5930277cb2df5338fca1af64 | 5fc8540a9a0fd1eb02626850 |
| 146 | Wish | decarbonater | 5f8d9ee7db0534983359bdc4 | 605c5561b312b04d3ce697eb |
| 147 | Wish | Delgado's MastersMarket | 60d92c5cd43be4cb754dd170 | 614708a4b3a3a7e2fcfe9cc0 |
| 148 | Wish | DenisseQuedo | 60d9e1060b7ba10ee4286661 | 613a80adb7cba0a3cd271f71 |
| 149 | Wish | duobi | 5545b4ee64b4f0292349077a | 6041a5052db1e64f041dcc65 |
| 150 | Wish | el paraiso3 | 5f9af7b50e46e9bd1ac80429 | 608eb5ace96caf2c7028dc07 |
| 151 | Wish | Fashion devil | 5863ce4cc754e64d70126a2b | 5f11aefd3ec77d87c1661e34 |
| 152 | Wish | fenghaixia12345 | 5ecf473559ef305d318a3e7f | 5fd780145641b92cd05f804e |
| 153 | Wish | Gallenkamp | 60dbc794e9866e06883622f2 | 61460ff070221e8d06c383eb |
| 154 | Wish | Guangzhou Shenxuan Trade Co.,Ltd. | 55e3f0876360b4424e86b5a4 | 5f7ecb5e32b19104130b99c1 |
| 155 | Wish | Hey, PICO | 5f8071371689b56f795d28fa | 6053046fe1213f6a91067a2e |
| 156 | Wish | Hiapai | 60ce0a8e4c375d1c40c3a5d2 | 60e677b6f76d9e0769b22833 |
| 156 | Wish | Hiapai | 60ce0a8e4c375d1c40c3a5d2 | 6104ea86f73f172e992726b2 |
| 157 | Wish | hjhhjgfhxfdr | 5e609238a6757dfecd4304cc | 60e528aaf7429a78115e9e19 |
| 158 | Wish | Honor***Q | 58e63991bf2322104e1828bf | 6075b394a9bd5e7702b40294 |
| 159 | Wish | hw9431 | 5d4c2dbc1d9a8e17019b8c2c | 60370092adc9862c70e51bc0 |
| 160 | Wish | infants3 | 57c01ded8e926a3cb0ee804c | 5f3f64b89fa3140046deadd5 |
| 161 | Wish | Jamez | 5f6a5bf1f025de003eb989c5 | 5f95358bde70f952d1f02a8a |
| 162 | Wish | JiaChen Store | 5fac8104c4bef514f516a57b | 5fcb1734f45f0d8f1b5afbe8 |
| 163 | Wish | jokereader | 5344bcc534067e3b0705424f | 606c0c089b21fd0e3e56fe1e |
| 164 | Wish | Kansuperone | 5d60e296283abc43c24e1642 | 5e5343f18d50385b00c7e0e8 |
| 165 | Wish | Latia J Franz | 5e9be6feda2ff2220145736a | 60d4526dc58ba892bde5ad88 |
| 166 | Wish | Lovely Pets Home | 593e545c7c64946e2efb677b | 5fc897e18ff5ae4b10329aea |
| 167 | Wish | lriz92 | 5d56210541ed513583e5e4c1 | 5f57264a403ede1748df5571 |
| 168 | Wish | lydialakin | 5fcb4d6a0790cd29b633bde1 | 60a3525d7c98cf41dcf7ac60 |

| 169 | Wish | miliya | 56d7f52c1e15ff6d0d4d809a | 5f7ec2440d43b612e529a0e4 |
|---|---|---|---|---|
| 170 | Wish | Painting rivers and mountains | 6082d2c2a591098fc54c20d6 | 60cf3492907ea1abfd644c29 |
| 171 | Wish | Philp | 5fb0bc561f5a377eba6636de | 607ee2c22ec450072dfc8103 |
| 172 | Wish | QC3FH1Q4A | 5e7b90c53233e52b425dd449 | 5fbcd7cbeaa53bc4851de207 |
| 173 | Wish | qilongfine | 5a4c929d34e7201c12ef8b9e | 60705530b381476215daa826 |
| 174 | Wish | raindew | 58be999b5979325296b26f18 | 61737a74cb2de29fb2ca4513 |
| 175 | Wish | ruichenchen7902 | 6111df77e02dc1a1a0d898a2 | 617b8f0c524ede9f74d7b0df |
| 176 | Wish | SiamMarketPlace | 5aa6904928a2b34937faa88f | 5eee1670ca9b325d7f283345 |
| 177 | Wish | smotoezupnrd | 5e9798744ec15b0450f4cb1c | 60d6de7dad1c98235f933dad |
| 178 | Wish | snowdog | 5f7dd995758868794eed734f | 5f98f2ded54d40108301adcf |
| 179 | Wish | thyshesonxsdnkj | 5e956d3a29e78627a49c2ee9 | 5fce3eae1d62595d05da7c5c |
| 180 | Wish | tiger&fish618 | 5d5226c76045d848403985ca | 5f6cbb0ee7505f2f328d8471 |
| 181 | Wish | utoemd26f | 5dc3d67e910e6e008062c1be | 5e0ab8819c9cda68409bc504 |
| 182 | Wish | valleyvilla | 5fda7e08dff84f6608ad24d9 | 61317ae899c733d829c4b7c9 |
| 183 | Wish | vivistyle | 5617cc31468d8a0d9261f852 | 60547482d66d70e59996e0df |
| 184 | Wish | Watchonor | 58c8f1c6984b0d6b67009d4e | 5f7eca67aa1267003e153859 |
| 185 | Wish | wgt567 | 59425fdce81e8a374868e6b3 | 5fe40779249318489de7c3bd |
| 186 | Wish | yangguang8store | 5d553d3ca7c37351dc4dd1d9 | 5fa3a5e7bab9ad003f53a900 |
| 187 | Wish | Youtiaoyu Technology Limited | 5523479efaf1bd0da365fa89 | 5f12a7e6eca28d25b2e9d413 |
| 187 | Wish | Youtiaoyu Technology Limited | 5523479efaf1bd0da365fa89 | 5f144aa152d6730250792ad1 |
| 188 | Wish | yutainza | 6083946f552190274230527c | 60cc2a3e4c393e070f72ff4f |
| 189 | Wish | zhanfengtang | 5f2fab3e84fd97f90940520b | 60407dd319ab85bb384c7f39 |
| 189 | Wish | zhanfengtang | 5f2fab3e84fd97f90940520b | 604079761e39c8b718c750ae |
| 190 | Wish | ZHAOLINL | 5e7ead81b793e466c58f8e3f | 5f5719bb403ede1533df54d1 |
| 191 | Wish | zhaotainhui45 | 5dd8e06080fb820a4045329d | 5f4a1994020f4d0038c32a82 |
| 192 | Wish | zhengpang | 5f890a4d98836d92cd1c7c38 | 6059c6e4735a5f8faf4aef5b |
| 193 | Walmart | Beauty House | 101098780 | 344961045 |
| 194 | Walmart | DreamHouse | 101066590 | 554317702 |
| 195 | Walmart | Joybuy | 18988 | 321724299 |
| 196 | Walmart | YunDaPeng | 101043415 | 651299517 |
| 197 | Amazon | AODA Direct | A210BQ0Y7JFYRW | B09LCXCBRY |
| 198 | Amazon | APPLERS | AFBR5ZZTA7RFG | B08S6ZV6HF |
| 199 | Amazon | baichuanstore | A1Y4F1QO6IABNN | B09KV4VLHY |
| 200 | Amazon | BELOVINGES | A19LJCWF6PKXDZ | B091BVCBJH |
| 200 | Amazon | BELOVINGES | A19LJCWF6PKXDZ | B07VB5X2VS |
| 201 | Amazon | Blacktop Hill | A1KJE254GN4GA9 | B09L5KZG4L |
| 201 | Amazon | Blacktop Hill | A1KJE254GN4GA9 | B09L5R3H41 |
| 202 | Amazon | BraceID | A3KZ4KQJ0T3WXO | B09LS2BQMS |
| 202 | Amazon | BraceID | A3KZ4KQJ0T3WXO | B09LHDX73N |
| 202 | Amazon | BraceID | A3KZ4KQJ0T3WXO | B09LS1TDBH |
| 202 | Amazon | BraceID | A3KZ4KQJ0T3WXO | B09LS1M29F |
| 202 | Amazon | BraceID | A3KZ4KQJ0T3WXO | B09LS1BLTP |

| 202 | Amazon | BraceID | A3KZ4KQJ0T3WXO | B09LS171Y7 |
|---|---|---|---|---|
| 203 | Amazon | Carlota-US | A3P14MRVDTTFG9 | B097LDPQ28 |
| 204 | Amazon | changchunshizhenghuimaoyi | A2XE5C4Q6A9COE | B09M62RWB3 |
| 205 | Amazon | FCER | A1E2WCSPR18UYB | B09H6VP3P2 |
| 206 | Amazon | FengFun Direct | A1AECNI4SZJ4N | B09F3HKSRL |
| 207 | Amazon | ghfituig | A25HERTLWRZWJO | B099DBVCDB |
| 208 | Amazon | Guffo US | A3B2E4TIPKKZ3T | B099KBXWCP |
| 208 | Amazon | Guffo US | A3B2E4TIPKKZ3T | B09GXZHP21 |
| 208 | Amazon | Guffo US | A3B2E4TIPKKZ3T | B09MLXV1TM |
| 208 | Amazon | Guffo US | A3B2E4TIPKKZ3T | B09MLW4X64 |
| 209 | Amazon | HHRG | A251LP4GCWLTCL | B09KBNLJ11 |
| 210 | Amazon | IDPLUS Store | A35S2KZFZ23IVY | B08Y95S5FQ |
| 211 | Amazon | KIANYU | A35RPVWMEQ58VL | B09HSHN8KN |
| 211 | Amazon | KIANYU | A35RPVWMEQ58VL | B09HSJC55C |
| 212 | Amazon | Kieffershop | A765OXFZFKO4G | B09N3S7B7G |
| 213 | Amazon | koutianshangmao | A24ZK12YZ8VDHF | B09DFD46WJ |
| 214 | Amazon | Lambent Fashion & Jewelry | A13MT2CDOVA9RR | B09L1H4CK5 |
| 215 | Amazon | Laumen | A4RXEM4TFQ88O | B09L7M616J |
| 216 | Amazon | Luke Skywalker | A2MISVYAEU254N | B09KQSRDKW |
| 217 | Amazon | LX bsr | A278Q4I5C4U53I | B09GFV6WKH |
| 218 | Amazon | MDDerict | A1DULRIUAP4GR | B09HKD5QZZ |
| 219 | Amazon | MHOMER LLC | AMFAS4ALUGK0Z | B094MLCMVQ |
| 220 | Amazon | Musesound | A3BD8W8V6GOMS7 | B09FSVS4QK |
| 220 | Amazon | Musesound | A3BD8W8V6GOMS7 | B09FZJR88J |
| 220 | Amazon | Musesound | A3BD8W8V6GOMS7 | B09JWJQLYS |
| 221 | Amazon | Natipo | A10TSWQJZMTE5Z | B09KQNFWLN |
| 222 | Amazon | NewBelieve Direct | A3IJV0WDSWOPRA | B0869QH5ZX |
| 223 | Amazon | OHTY | A1ZZGYH33951LC | B09KKXKFT3 |
| 223 | Amazon | OHTY | A1ZZGYH33951LC | B09JSPRX42 |
| 224 | Amazon | Perfprety123 | AD8O0M1FWISA0 | B09JWMMSL7 |
| 225 | Amazon | Petron | A2OTGM69DKY38F | B09CKMTNYN |
| 226 | Amazon | Plyycy-Direct | AUAIEUQ0K923M | B09KGW2XFG |

| 226 | Amazon | Plyycy-Direct | AUAIEUQ0K923M | B09K7GDBDH |
|---|---|---|---|---|
| 226 | Amazon | Plyycy-Direct | AUAIEUQ0K923M | B09LVBWSBT |
| 226 | Amazon | Plyycy-Direct | AUAIEUQ0K923M | B09J23N5D5 |
| 226 | Amazon | Plyycy-Direct | AUAIEUQ0K923M | B09NN8TR2G |
| 227 | Amazon | Qianashop | AHCCYU7OE5QK4 | B09JNCJWLB |
| 228 | Amazon | qingdaohaoenxiongdiyiliaoqixieyouxiangongsi | A2NFGR0Y81J0MW | B09LHLPTQL |
| 228 | Amazon | qingdaohaoenxiongdiyiliaoqixieyouxiangongsi | A2NFGR0Y81J0MW | B09LHL2LTT |
| 228 | Amazon | qingdaohaoenxiongdiyiliaoqixieyouxiangongsi | A2NFGR0Y81J0MW | B09LHJ8NSY |
| 228 | Amazon | qingdaohaoenxiongdiyiliaoqixieyouxiangongsi | A2NFGR0Y81J0MW | B09LHM98QX |
| 229 | Amazon | Rreqms | A284V1FIO3LCVS | B08YJBTK7T |
| 230 | Amazon | Secorn | A566G9MC6R6R6 | B09KBSNQD8 |
| 230 | Amazon | Secorn | A566G9MC6R6R6 | B097LPF2NZ |
| 230 | Amazon | Secorn | A566G9MC6R6R6 | B09MQNKXRX |
| 230 | Amazon | Secorn | A566G9MC6R6R6 | B08XBY9WMM |
| 230 | Amazon | Secorn | A566G9MC6R6R6 | B097LPF2NZ |
| 230 | Amazon | Secorn | A566G9MC6R6R6 | B09NQ158YD |
| 231 | Amazon | SJSJMyxgss | A34TB6YKJCTJSY | B09CFS56HK |
| 231 | Amazon | SJSJMyxgss | A34TB6YKJCTJSY | B09HP2M4YM |
| 231 | Amazon | SJSJMyxgss | A34TB6YKJCTJSY | B09HP2VDPH |
| 232 | Amazon | sunnymmp | A31SSK8DDQUEER | B08KF68VSF |
| 233 | Amazon | SZSCL | A32JIINDJ1Y5J3 | B09C7JQ74P |
| 234 | Amazon | US-LiangFun Direct | ABDG7II56M58Y | B08MSR2YM3 |
| 235 | Amazon | WEIJIENANJIAO | A2MTQR7NJG5FIZ | B09N32HGN2 |
| 235 | Amazon | WEIJIENANJIAO | A2MTQR7NJG5FIZ | B09JC9W2CC |
| 235 | Amazon | WEIJIENANJIAO | A2MTQR7NJG5FIZ | B09JB8G596 |
| 236 | Amazon | WeleneDirect | AD52GP7EF40GX | B09N6QQ68G |
| 237 | Amazon | wujqtrade | A1O4MURXY8KQL7 | B08ZLWRRVP |
| 238 | Amazon | YanZiChuangLian | A1WPC5EBTN5ZFK | B08YZ4TBCQ |
| 239 | Amazon | YBRJ | A2T181OD5R1ONO | B088KLL6GB |
| 240 | Amazon | YMANDYM US | A17C41X70MYNW3 | B08K8GHQB5 |
| 240 | Amazon | YMANDYM US | A17C41X70MYNW3 | B09DGG61X8 |
| 240 | Amazon | YMANDYM US | A17C41X70MYNW3 | B09KXT24X7 |
| 241 | Amazon | YOUQ US | A3BNIV8FM8HX80 | B09L4PRKLP |
| 241 | Amazon | YOUQ US | A3BNIV8FM8HX80 | B09L4NWYML |
| 242 | Amazon | ZhaDaa | A120Y85QPR8997 | B08X3J5FKQ |

| 243 | Amazon | zhoulibaoyeyouxiangongsi | A1X0PNLBFCE6PQ | B09K3PMC8K |
|---|---|---|---|---|
| 244 | Amazon | 天之择 | A1UX2JAPDKNGC0 | B09J598ZNY |
| 245 | DhGate | b2b_beautiful Store | 20329460 | 731728458 |
| 246 | DhGate | b2b_best_seller Store | 21538491 | 731615205 |
| 247 | DhGate | b2b_life Store | 20329459 | 731726572 |
| 248 | DhGate | b2b_sellers Store | 21538468 | 731604421 |
| 249 | DhGate | bachwholesaler Store | 21588445 | 614644600 |
| 250 | DhGate | best_bikini Store | 20329629 | 731616074 |
| 251 | DhGate | big_family_home Store | 21557011 | 731611644 |
| 252 | DhGate | big_home Store | 21362726 | 731619343 |
| 253 | DhGate | dandelionl2 Store | 21714069 | 736909437 |
| 254 | DhGate | Ediblesbags/ediblesbags 500mg Store | 21713142 | 726748760 |
| 255 | DhGate | fashion_home_best Stor | 21562612 | 731550933 |
| 256 | DhGate | fazhipin Store | 21515089 | 714403346 |
| 257 | DhGate | foson_household Store | 21555292 | 560826164 |
| 258 | DhGate | fpxnb Store | 21746066 | 745006852 |
| 259 | DhGate | free_baby Store | 21363341 | 731727290 |
| 260 | DhGate | good_clothes Store | 20329483 | 731614433 |
| 261 | DhGate | Hat Scarf Factory Store | 14774574 | 731613458 |
| 262 | DhGate | home_for_you Store | 21556870 | 731611138 |
| 263 | DhGate | honest_seller_2020 Store | 21562610 | 731606089 |
| 264 | DhGate | hot_items_home Store | 21579839 | 731607277 |
| 265 | DhGate | householdstore1 Store | 21572765 | 576784026 |
| 266 | DhGate | jingjingliang_no4 Store | 20141314 | 731734904 |
| 267 | DhGate | kitchen_for_you Store | 21562731 | 731612095 |
| 268 | DhGate | liangjingjing_bikini Store | 20228898 | 731617000 |
| 269 | DhGate | liangjingjing_home Store | 20328702 | 731621099 |
| 270 | DhGate | liangjingjing_no3 Store | 19994515 | 731728238 |
| 271 | DhGate | love_fashion_home Store | 21562615 | 731604958 |
| 272 | DhGate | Manufacturers sell vari | 21618984 | 708886985 |
| 273 | DhGate | million_store Store | 21679738 | 694953892 |
| 274 | DhGate | new_items_home Store | 21580102 | 731605448 |
| 275 | DhGate | niuniubra Store | 21746063 | 744980875 |
| 276 | DhGate | ruby_one Store | 20141318 | 731728829 |
| 277 | DhGate | simonxiong12 Store | 21581799 | 611544622 |
| 278 | DhGate | Top Wholesaler Store | 21001865 | 415259878 |
| 279 | DhGate | toys2010 Store | 21594859 | 680607741 |
| 280 | DhGate | xi2015 Store | 19952327 | 654783890 |
| 281 | DhGate | YAOTA Direct Store | 21580399 | 666202670 |
| 282 | DhGate | yeah2010 Store | 21610974 | 727200990 |
| 283 | Ebay | avrkdo_0 | avrkdo_0 | 373800362691 |
| 283 | Ebay | avrkdo_0 | avrkdo_0 | 373800362734 |
| 284 | Ebay | best_online1 | best_online1 | 334223544355 |
| 284 | Ebay | best_online1 | best_online1 | 334223543971 |
| 285 | Ebay | best_productssk | best_productssk | 185180180939 |
| 286 | Ebay | best-invest4u | best-invest4u | 284551745161 |

| | | | | |
|---|---|---|---|---|
| 287 | Ebay | bibam_4 | bibam_4 | 294605265567 |
| 287 | Ebay | bibam_4 | bibam_4 | 294605265271 |
| 288 | Ebay | bookidtoys | bookidtoys | 115092089866 |
| 288 | Ebay | bookidtoys | bookidtoys | 115092091955 |
| 289 | Ebay | desara6 | desara6 | 194570760526 |
| 290 | Ebay | elfisla-0 | elfisla-0 | 403304790749 |
| 291 | Ebay | gentleman-store | gentleman-store | 265406059826 |
| 292 | Ebay | hadaaide_0 | hadaaide_0 | 353804410173 |
| 293 | Ebay | harmony038 | harmony038 | 313787488603 |
| 294 | Ebay | mitellstore | mitellstore | 373794799206 |
| 295 | Ebay | ranadin_0 | ranadin_0 | 363646809494 |
| 296 | Ebay | reefbenmeir12-5 | reefbenmeir12-5 | 144324620027 |
| 297 | Ebay | sigal_sl123 | sigal_sl123 | 125031289262 |
| 298 | Ebay | sihaz-12 | sihaz-12 | 165182441996 |
| 299 | Ebay | someloorshop | someloorshop | 373809894454 |
| 300 | Ebay | step302678 | step302678 | 353775472208 |
| 301 | Ebay | tanner--brock | tanner--brock | 185154314884 |
| 302 | Ebay | tipra-3350 | tipra-3350 | 403288213800 |
| 303 | Ebay | yoyun_97 | yoyun_97 | 294542736153 |
| 304 | Wish | Ana Gonzales | 5f79c6c89c2cb0e299008eed | 5faa3058867496cc0a04f8f0 |
| 305 | Wish | Andrew & Prescott | 5f74f8d7db9ed54450c9b4fc | 5faa305f41ede3e062087f19 |
| 306 | Wish | baiyanqing2356 | 604c39088d5887467c6ca20b | 611ba6e908404b472549a575 |
| 307 | Wish | Battery Mate | 6117ca754398b17d69def483 | 6118ccc156d9993dd8529932 |
| 308 | Wish | BURNING RAIN | 5f69fdd089718dfc83421d95 | 5faa2f7675c57ddf4d092224 |
| 309 | Wish | detoughshalgun | 5e9811c196126c6c4b70b21a | 5fa9df67c906c7e0f587062c |
| 310 | Wish | erickpa | 5f8e8f04798cefdb6cfdff0d | 5faa31058a0faae52ae03dc5 |
| 311 | Wish | gianluca17 | 5f8f6f2f43db78004cc9d193 | 5faa311b3bf6f3003dc74276 |
| 312 | Wish | HeMeng | 5fe0c7faaa321959845a436e | 61976c91aae3890b5781dcf7 |
| 313 | Wish | inversiones esencial | 5f76085f47fa978dc6c44bae | 5faa304d404c98edcb168203 |
| 314 | Wish | jarronverde | 5f873153493c240045f51835 | 5faa3143450b15c2e907972f |
| 315 | Wish | jiangxiaoqiang | 5b0183b6651e614caccddfef | 5f171d990f6a320f0d3af3e6 |
| 316 | Wish | Jospejk3 | 5f57fc7441c0739bcb940cb5 | 6081334c612c400993eebe0c |
| 317 | Wish | King1 bons | 5f7fa3897287f00047d62b06 | 5faa3111f60999e43a2e92a6 |
| 318 | Wish | koshoughext | 5e60a6f9d6f61c0ffa7a5610 | 5edb5b15f4c54a1303f378b7 |
| 319 | Wish | Luna.shoping | 5f8e1264241cc5b7ccf2b638 | 60190ce6764a49dd4cfbecf9 |
| 320 | Wish | MargotG | 5d528b7f3db43e55f8817252 | 5f489d9d16d67a004aa752bb |
| 321 | Wish | marivenss | 5f7664db47fa9709e2c44b30 | 5faa3072404c98eee01680c9 |
| 322 | Wish | MARSHALL2025 | 5f8e333906860d0526488c1c | 5faa30f68e3326da9d7a7320 |
| 323 | Wish | Min Liang | 5d53715c3db43e364bafe89d | 5f5ad762f96cc70051db3926 |
| 324 | Wish | nasibazariva | 5f7b79e569c7a8004a15b032 | 5faa2fa8671dcb0053d42022 |
| 325 | Wish | peadeauliko | 5e980a8757aca60e80707651 | 5faa3136d6f459c2fe1a219b |
| 326 | Wish | Purocomerciovnz | 5f7616b247fa97a206c44ba4 | 5faa308483ee7eeb540353f3 |
| 327 | Wish | remancer | 5f6753f9ab83bee7b71b9177 | 5faa308d89bf01c6f6e946af |
| 328 | Wish | rerishrobev | 5e980b96920fc83b80f3040a | 5faa3130a898a7004046f325 |
| 329 | Wish | Sainn Lu | 5f6a7d38be24e4003c774a77 | 5faa2f8728d0ebb12d895fe6 |
| 330 | Wish | Sam.007 | 5f7e59f3294a287667172263 | 5faa2fee474070c7241117ab |

| | | | | |
|---|---|---|---|---|
| 331 | Wish | shangjibibi | 5d43ed5070327a4a406927f0 | 6081333bce271e2942af41a5 |
| 332 | Wish | shereemjpcedt | 5e60a4dad0e9af268016100e | 5edb5adfe642a912e14eecc9 |
| 333 | Wish | shuangshishuanggang | 5ecdceb890221d028d65fb85 | 5edb5aa94f80f713a56c9502 |
| 334 | Wish | sisheetdsj | 5e9808114ec15b63f4f4c727 | 5faa313298e412c28b9abcf6 |
| 335 | Wish | smathepsswge | 5e980e1540ac8713808649ec | 5faa319e671dcb003cd426a9 |
| 336 | Wish | sotoueztjjf | 5e60a3c4d0e9af08dd14306b | 5edb5adab4fa0013571371e7 |
| 337 | Wish | soughsxfwh | 5e980d2ad4392f18b5f7f9c1 | 5faa31a5e13e69bf36d8f808 |
| 338 | Wish | storek1ng | 5dd957eba0371312427f99c8 | 5ffea1b97405c34116235e47 |
| 339 | Wish | sunflower050 | 5f8e285f76ec12a5a2131591 | 5faa30bccc9ee50652c73bed |
| 340 | Wish | sushengshushi | 5ecf552829e786506908e7ad | 5edb5a9f856d7d1371f72cab |
| 341 | Wish | tatashstxgc | 5e60a5f9a31ee90e45fe1576 | 5edb5b09907d7f134a3523f6 |
| 342 | Wish | Thamara Lopez | 5f6a736e7cc0a04c5dd40d56 | 5faa2fd8382d5cca8229e3f2 |
| 343 | Wish | THE BLONDS | 5f6a0816d9e21e1730f36c51 | 5faa2fea671dcb0042d4216a |
| 344 | Wish | the cicada | 5f6757a0ab83be58e11b92b0 | 5faa3062be5d11e1a7501b03 |
| 345 | Wish | theighthqra | 5e60a676ec5cd3100d412d9d | 5edb5b0efa557f12e7f43d62 |
| 346 | Wish | thesheysqhfd | 5e60a580d6f61c0f8f7a4932 | 5edb5ae5633246113770a3c5 |
| 347 | Wish | TheWorldwideMall | 610ea3eded79b08aa8e20a1c | 613dd6795e5e667eb1a66b18 |
| 348 | Wish | variedadesalejandro55c.a | 5f7618827736b58faa1f4f36 | 5faa304a0d87e0bd8092615d |
| 349 | Wish | Venlus Funnygifts | 5f96973453c182454df44946 | 60aa5a64244e0da8eb01f9f9 |
| 350 | Wish | voguewomen | 58be59b1659d025291d59431 | 5f4f3ff7e510350afb9d0f16 |
| 351 | Wish | Wanidasuk | 5e43b6ea4cb79155676f577f | 608135ff3b8c0205ed6c39df |
| 352 | Wish | winding mountain path | 59426a45f0d6e67a55fcb3d7 | 5f4896a2175fed003a4022a0 |
| 353 | Wish | wojiadedangpu | 58c7948e2da240507b726ea8 | 6154194ec4cdc767f8fedc7b |
| 354 | Wish | WXHxiaohua | 60127d614e7d1d2fc977ba15 | 61989b7678cb23daf23b6ba5 |
| 355 | Wish | yangzhiwen1301 | 614c12985d5d4f1ab0f8f7b4 | 61822f311c3122fafcaa617f |
| 356 | Wish | YinxinDecoctionjS | 5f50267b0808b23efb655e00 | 5f8d80c64d16a30048a293bb |
| 357 | Wish | Yravins | 5fe047f3aa3219c10e5a446d | 5fec48076bbdea44dd92bb40 |
| 358 | Amazon | Life Connection | A1U1G6P4YEESCT | B08M3JQVS4 |
| 359 | Amazon | Tong Tang Design | A2HJDZ5R5H9PIJ | B087C3Y11J |

4. There is good cause to believe that immediate and irreparable injury will occur to the Plaintiff, will occur from the sale, transfer, or other disposition or concealment by Defendants of their assets and business records unless Defendants are immediately restrained and enjoined by order of this Court.

5. There is good cause to for issuing this Order pursuant to Federal Rule of Civil Procedure 65(b).

6. A bond, cash or surety, is to be filed in the amount of $ **10,000.00**, with the Court.

**It is ordered:**

1. Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be temporarily enjoined and restrained from:

    a. Offering for sale or selling, importing, passing off, or inducing or enabling others to pass off or sell, products covered by the '724 Patent;

    b. Further infringing Plaintiff's '724 Patent and damaging Plaintiff's goodwill;

    c. Committing any acts calculated to cause consumers to believe that Defendants' Accused Products are those sold under the authorization, control or supervision of ND Products, Inc., or are sponsored by, approved by, or otherwise connected with Plaintiff; and

    d. Manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which are covered by the '724 Patent, or any reproductions, counterfeit copies or colorable imitations thereof.

2. Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be temporarily enjoined and restrained from:

    a. Moving, destroying, or otherwise disposing of any items, merchandise or documents relating to the Accused Products, Defendants' infringing webstores or websites, and/or Defendants' assets and operation; and

    b. Removing, destroying, or otherwise disposing of computer files, electronic files, business records, or documents relating to any of Defendants' infringing webstores, websites, assets, operations, or relating in any way to the manufacture, acquisition, purchase, distribution or sale of Accused Products, or any reproduction, copy or colorable imitation thereof.

3. Each Defendant, within fourteen (14) days after receiving notice of this Order, shall serve upon Plaintiff a written report under oath providing: (a) their true name and physical address; (b) all websites and online marketplace accounts on any platform that they own and/operate; (c) documents sufficient to show total revenues generated from the sale of the Accused Products on their websites and other online marketplaces, including but not limited to all eBay, Wish, Amazon, PayPal, Western Union, Payoneer, Worldfirst, etcaccounts; and (d) the steps taken by each Defendant to comply with paragraphs 1(a)–(d) and 2(a)–(b), above.

4. Plaintiffs may immediately commence discovery by providing actual notice of this Order and an appropriate subpoena (if necessary) to any of the following parties: (1) Defendants, their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them; (2) any banks, savings and loan associations, payment processors or other financial institutions, including without limitation, Wish, eBay, Amazon, PayPal, Inc., Western Union, Payoneer, Worldfirst, etc. or any other merchant account providers, payment provider, third party processors, credit card associations (i.e. MasterCard and VISA) that receive payments or hold assets on Defendants' behalf; and (3) any third party service providers, including without limitation, ISPs, back-end service providers, web designers, sponsored search engine or

    ad-word providers, shippers, domain name registrars, domain name registries or online third-party sellers who have provided services for Defendants.

5. Defendants and any persons in active concert or participation with them who have actual notice of this Order shall be temporarily restrained and enjoined from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

6. Amazon, eBay, and Wish, and their affiliates shall, within five (5) business days of receipt of this Order, block any money transfers and funds from being transferred by the Defendants identified in Exhibit 2 (under seal) of Plaintiff's Complaint until further ordered by this Court and shall provide a written report providing information they possess concerning: (a) any Defendant's true name and physical address; (b) documents sufficient to show total revenues or sale figures generated from the sale of the Accused Products, or any colorable imitation thereof, on their websites.

7. PayPal, Inc., Payoneer, AliPay, Worldfirst ("Payment Processors") shall, within five (5) business days of receipt of this Order, for any Defendant or any of Defendants' infringing websites:

    a. locate all accounts and funds utilized by Defendants and the infringing websites, including any Payment Processor and accounts affiliated with the information listed in Exhibit 2 of Plaintiff's Complaint hereto (filed under seal);

    b. provide personally identifiable information in their possession of the Defendants, including name, date of birth, and address information; and

    c. restrain and enjoin any such accounts or funds from being transferred or disposed of until further ordered by this Court.

8. Any banks, savings and loan associations, payment processors, or other financial institutions, for any Defendant or any of Defendants' infringing websites, shall within five (5) business days of receipt of this Order:

    a. locate all accounts and funds utilized by Defendants and the infringing websites, including any financial accounts affiliated with the information listed in Exhibit 2 to the Plaintiff's Complaint (as filed under seal and provided hereto); and

    b. restrain and enjoin any such accounts or funds from being transferred or disposed of until further ordered by this Court.

9. Plaintiff may provide notice of these proceedings to Defendants, including notice of the preliminary injunction hearing and service of process pursuant to Fed. R. Civ. P. 4(f)(3), by sending an e-mail to the e-mail addresses provided for Defendants by third parties hosting their webstores, such as eBay, Wish, Alibaba, etc, and by publishing documents on a publicly available website accessible to Defendants. Providing notice via e- mail, publishing documents on a publicly available website, along with any notice that Defendants receive from webstore hosts and payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.
To that end, the Clerk of Court is Ordered to issue summons directed to all Doe Defendants as further identified by Plaintiff in a service rider to the summons specifying the name and email address for each Doe Defendant to be served by the issued summons.

10. After service of process is completed, Dkts. ## 2, 5, 10 (Exhibits to Plaintiff's Complaint; Plaintiff's Memorandum in Support of Its Motion for TRO) shall be unsealed.

This Temporary Restraining Order without notice is entered at 5:00 P.M. on this 12th day of January, 2022 and shall remain in effect for fourteen (14) days.

DATED: __January 12, 2022_            _____
                                                      Hon. Sara L. Ellis