# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |
|---|---|
| _____ ) | |
| ND Products, Inc. ) | Case No.: 22-cv-00099 |
| ) | |
| Plaintiff, ) | |
| v. ) | Judge: Hon. Sara L. Ellis |
| ) | |
| Does 1-359, As Identified in Exhibit 2, ) | |
| ) | Magistrate: Hon. Jeffrey T. Gilbert |
| Defendants. ) | |
| _____ ) | |

## FINAL DEFAULT JUDGMENT ORDER

This action having been commenced by Plaintiff, ND Products, Inc. ("Plaintiff"), against

the defendants operating the websites/webstores identified on Exhibit 2 of Plaintiff's First

Amended Complaint (collectively, the "Infringing Webstores") (Docket # 2), and Plaintiff

having moved for entry of Default and Default Judgment against the following defendants:

| Doe # | Merchant Name | Merchant ID/Seller Number | Email |
|---|---|---|---|
| 1 | ALOODS | AEP7X7GPNYA0Z | amzlin03@163.com |
| 2 | ALOOF US | AQV55QBB9KHWT | aptch03@163.com |
| 4 | ASHARP | A2R2IWV2XOAOQR | vooaleede@126.com |
| 6 | DAMENGNAN | A2SYYOJSQSI96O | shiyan7922221@163.com |
| 7 | ESPULL | A2EIK63U3MB7YQ | liumiao_us@163.com |
| 8 | fenweimaoyi | A2F0DYRL711S1Z | chenjie6688vip@163.com |
| 9 | FSGKJY | A2B28IXQDI2LVY | xinyufenghe2@hotmail.com |
| 10 | HAA-Capzord | A2Q7BYEC024CDA | hz08041121@yeah.net |
| 15 | MATAO-MA | A3CBO0TGM7AHCB | uei688@126.com |
| 16 | MSW-8 | A307X0N70Q1OMF | jingmosm2021@163.com |
| 17 | MSW-9 | A2VCPCOSSFDN38 | chaoyuedz2021@163.com |

| 18 | Ran US | A18IEMBSDIFV6E | 694785388@qq.com |
|----|--------|----------------|-------------------|
| 19 | Roayan | A1Q2G5RTZGRPXJ | roayan_us@163.com |
| 21 | rongrong mall | AK3WWK1BX41NB | dabaoliu0913@163.com |
| 23 | TingEnterprisebinn | AHRV7RX87V3PT | tingenterprisebin@outlook.com |
| 24 | TOPWAVO | A2HNXA2FHEGV9Q | fanfuchun05us999@163.com |
| 25 | wewrdgdfgdgd | AR7R2N9BKLHLQ | dfhskf@163.com |
| 27 | Abbybellee | 21635392 | m17061335274@163.com |
| 28 | Are_beautiful | 21544778 | 1665409768@qq.com |
| 29 | Best_kitchen_home | 21562737 | yiwuhaigu@163.com |
| 30 | Cheapgoodfuns | 21609685 | rao717972543@163.com |
| 31 | Damai123 | 20771813 | 1362234714@qq.com |
| 32 | Do_bussiness_with | 21544962 | 1665409768@qq.com |
| 33 | Durian0725 | 20919116 | 529233944@qq.com |
| 34 | Fashion_with_you | 21544963 | 1665409768@qq.com |
| 36 | Figure925 | 21666829 | 464597452@qq.com |
| 37 | Good_sunglasses | 20329491 | 3169312216@qq.com |
| 38 | Item_home | 21609011 | 3625347146@qq.com |
| 40 | Liangjingjing_kitche | 20265346 | jinjin.shuai@qq.com |
| 41 | Liangjingjing_no1 | 19994194 | jinjin.shuai@qq.com |
| 42 | Lonyee | 21596681 | 364163258@qq.com |
| 43 | Lonyeebaba | 21647539 | 364163258@qq.com |
| 44 | Love2016365 | 20189067 | 424213328@qq.com |
| 45 | Luy_flowhome | 21602405 | xxl2468072725@163.com |
| 46 | Manufacturers | 21618984 | 2670129307@qq.com |
| 47 | Meidy | 16921459 | meidyhui@163.com |
| 48 | Miaifamily | 20831650 | 402847696@qq.com |
| 49 | Monalisa2013 | 15488357 | monalisa2022@163.com |
| 50 | Nicehome88 | 21543934 | 3181559478@qq.com |
| 51 | Szq75668899 | 21648633 | 462017091@qq.com |
| 52 | Topwholesalerno3 | 21460427 | 2730539271@qq.com |
| 53 | Toys2010 | 21594859 | 2643852967@qq.com |
| 54 | Xiaobowang1988 | 14424227 | 570056825@qq.com |
| 55 | Zhengyouchen | 20683907 | 101841257@163.com |
| 57 | *gbshop* | *gbshop* | brownegeorgia6@gmail.com |

| 59 | adix_store | adix_store | adiebay2021@gmail.com |
| 61 | alio_store | alio_store | yuldaebay@gmail.com |
| 63 | amitaipe | amitaipe | amitaiperets@gmail.com |
| 64 | arnas-seller | arnas-seller | arnasnaudziunas@gmail.com |
| 65 | aushawi_0 | aushawi_0 | buyagainstore@outlook.com |
| 66 | best_buy4you-84 | best_buy4you-84 | lehatal8@gmail.com |
| 68 | best_store5 | best_store5 | nehoray2020cohen@gmail.com |
| 70 | bigbigfalls | bigbigfalls | sandra.mistec@gmail.com |
| 73 | changehomestead1 | changehomestead1 | adriangarriss@gmail.com |
| 74 | crypto_profit | crypto_profit | cellularking2017@gmail.com |
| 76 | disama-39 | disama-39 | dizstore90@gmail.com |
| 77 | dsstores_00 | dsstores_00 | dilinip05@gmail.com |
| 79 | easy_buystore | easy_buystore | sandeeponlinestore12@gmail.com |
| 80 | easynet-1 | easynet-1 | jayawardanajulanga@gmail.com |
| 81 | ebamel4 | ebamel4 | ebamelani588@gmail.com |
| 82 | eddyl_99 | eddyl_99 | eddylove101@yahoo.com |
| 83 | elior_store5 | elior_store5 | elioreebay2021@gmail.com |
| 87 | etone97 | etone97 | stanuruddha1997@gmail.com |
| 88 | eysa85 | eysa85 | eyalebay3@gmail.com |
| 91 | fro-8366 | fro-8366 | maxfrodge212@fastmail.com |
| 92 | garajap21 | garajap21 | gangastore0707@gmail.com |
| 93 | getonl_0 | getonl_0 | getnewonlinenow@gmail.com |
| 94 | gili_store | gili_store | giliebay2020@gmail.com |
| 95 | guitar-warehouse00 | guitar-warehouse00 | stephen@stellaraudio.net |
| 97 | idanix_store | idanix_store | idanebay7090@gmail.com |

| 98 | info.rukish_50 | info.rukish_50 | info.rukishienterprises@gmail.com |
| 101 | k.e.gamini | k.e.gamini | kekariyawasam1983@gmail.com |
| 102 | market_bestchoice | market_bestchoice | bestceylonmarket@gmail.com |
| 103 | martnova | martnova | bounfourfaissal@gmail.com |
| 106 | mohammeriya_42 | mohammeriya_42 | riyazzulfi56@gmail.com |
| 107 | mohanas7589/for-every-thing22 | mohanas7589 | m.nassar6240@gmail.com |
| 108 | najmo_store | najmo_store | muhamedjamoza@gmail.com |
| 109 | nehoci | nehoci | nehozcohen@gmail.com |
| 111 | perfectshop77 | perfectshop77 | hamzabenyassine@gmail.com |
| 112 | ponimai | ponimai | ponimaikin@gmail.com |
| 114 | rachfebr_0 | rachfebr_0 | rachmawanfebrianto@yahoo.com |
| 116 | robertogutierrezz | robertogutierrezz | Eyal.min045+1@gmail.com |
| 119 | savsol2021 | savsol2021 | marketingmannat@gmail.com |
| 120 | shala_6859 | shala_6859 | shalevebay2206@gmail.com |
| 121 | shini_store | shini_store | g.sangeeth02@gmail.com |
| 122 | superusefuldeals4u | superusefuldeals4u | suirdna123456@gmail.com |
| 123 | tge620 | tge620 | thegoldeneagle620@gmail.com |
| 124 | theekshani-store | theekshani-store | theekshanistore@gmail.com |
| 125 | thushanjayaw-0 | thushanjayaw-0 | thushanrandikajayawardana@gmail.com |
| 127 | walstorepak | walstorepak | walstoreusa@gmail.com |
| 129 | zazou_store | zazou_store | eliezertuil26@gmail.com |
| 131 | Kenneth M Brown | 5e999eae826c6ca16b8e73a7 | gewyg4@163.com |
| 132 | BDFKLJ | 5ea130bc99296702463ebae5 | zeng955@sina.com |

| 133 | bibma1 | 5e39a3aa3b9f481f36fb2ab5 | luojunying888@126.com |
| 134 | BlueGreenow | 60dba0923a515a1f32c79802 | bluegreenbusines@outlook.com |
| 135 | bromicras | 5fd971a6ea4029123efd5ae9 | onoroto@mail.ee |
| 136 | bvncghmjljkbljb | 5e69cec9cfd5344f444fa6f3 | fenbadu43vi@163.com |
| 137 | ccry1157 | 5b25ec287752c8317dafa5e8 | 3308411098@qq.com |
| 138 | chenaisheng2134 | 614ad1375c1bdc3cf9940124 | goujiusum@163.com |
| 141 | Cinny Store | 5e7d621629e78658009b7f31 | 2625185043@qq.com |
| 142 | Climb Electronic Technology Co., Ltd. | 53e1a490ff4d6d7be2e725ff | 890807@qq.com |
| 143 | CNUJOJ STOR | 5f1e9be8184c097c759fdd8e | rakol124@126.com |
| 144 | dailu089E | 5d5e4ba733f0b42e00b34549 | dailu08964@163.com |
| 145 | DBoss | 5930277cb2df5338fca1af64 | 3177399635@qq.com |
| 146 | decarbonater | 5f8d9ee7db0534983359bdc4 | latrinabibbinskkt23@gmail.com |
| 147 | Delgado's MastersMarket | 60d92c5cd43be4cb754dd170 | maiteedelgaa19@outlook.com |
| 148 | DenisseQuedo | 60d9e1060b7ba10ee4286661 | alexismanto@hotmail.com |
| 150 | el paraiso3 | 5f9af7b50e46e9bd1ac80429 | w.allsamanda543@gmail.com |
| 152 | fenghaixia12345 | 5ecf473559ef305d318a3e7f | ttpvfb@163.com |
| 153 | Gallenkamp | 60dbc794e9866e06883622f2 | johnematthews@mail.ee |
| 154 | Guangzhou Shenxuan Trade Co.,Ltd. | 55e3f0876360b4424e86b5a4 | gzsxuan@hotmail.com |
| 156 | Hiapai | 60ce0a8e4c375d1c40c3a5d2 | 3212412996@qq.com |
| 157 | hjhhjgfhxfdr | 5e609238a6757dfecd4304cc | xianru8893kb@163.com |
| 158 | Honor***Q | 58e63991bf2322104e1828bf | wenzaihuawish@163.com |
| 159 | hw9431 | 5d4c2dbc1d9a8e17019b8c2c | h15558670979@163.com |
| 160 | infants3 | 57c01ded8e926a3cb0ee804c | infants3@163.com |
| 161 | Jamez | 5f6a5bf1f025de003eb989c5 | qptqr2@163.com |
| 162 | JiaChen Store | 5fac8104c4bef514f516a57b | 2446737579@qq.com |
| 163 | jokereader | 5344bcc534067e3b0705424f | j18675541374@126.com |
| 164 | Kansuperone | 5d60e296283abc43c24e1642 | fansu625perone@sina.com |
| 165 | Latia J Franz | 5e9be6feda2ff2220145736a | qecuk6@163.com |
| 167 | lriz92 | 5d56210541ed513583e5e4c1 | lriz92@163.com |

| 169 | miliya | 56d7f52c1e15ff6d0d4d809a | miliya88@sina.com |
| 170 | Painting rivers and mountains | 6082d2c2a591098fc54c20d6 | 328206853@qq.com |
| 172 | QC3FH1Q4A | 5e7b90c53233e52b425dd449 | kenjiaotiemm8@163.com |
| 173 | qilongfine | 5a4c929d34e7201c12ef8b9e | wuqilongfine@163.com |
| 174 | raindew | 58be999b5979325296b26f18 | xraindew@outlook.com |
| 175 | ruichenchen7902 | 6111df77e02dc1a1a0d898a2 | liangyunpaz6@163.com |
| 177 | smotoezupnrd | 5e9798744ec15b0450f4cb1c | smotoezupnrd@hotmail.com |
| 178 | snowdog | 5f7dd995758868794eed734f | ojennie740@gmail.com |
| 181 | utoemd26f | 5dc3d67e910e6e008062c1be | iwh8drr23@163.com |
| 182 | valleyvilla | 5fda7e08dff84f6608ad24d9 | sunriseshinei77@gmail.com |
| 183 | vivistyle | 5617cc31468d8a0d9261f852 | wish6675261@163.com |
| 184 | Watchonor | 58c8f1c6984b0d6b67009d4e | 3276343846@qq.com |
| 185 | wgt567 | 59425fdce81e8a374868e6b3 | 987758620@qq.com |
| 187 | Youtiaoyu Technology Limited | 5523479efaf1bd0da365fa89 | zhangcanyuyx1@yil5.com |
| 188 | yutainza | 6083946f552190274230527c | hbiv556@163.com |
| 189 | zhanfengtang | 5f2fab3e84fd97f90940520b | zhanfeng606@163.com |
| 190 | ZHAOLINL | 5e7ead81b793e466c58f8e3f | ziyigong40@163.com |
| 191 | zhaotainhui45 | 2500 | r798ktto@163.com |
| 193 | Beauty House | 101098780 | huangheruhai@yeah.net<br><br>ariel.wu@bestope.com |
| 194 | DreamHouse | 101066590 | kalulichao@126.com |
| 196 | YunDaPeng | 101043415 | gavin53213@outlook.com<br><br>yhwfswarehouse@outlook.com |
| 198 | APPLERS | AFBR5ZZTA7RFG | ptlnsm@163.com |
| 199 | baichuanstore | A1Y4F1QO6IABNN | baichuanlvye@163.com |
| 201 | Blacktop Hill | A1KJE254GN4GA9 | guanbushao387@163.com |
| 204 | changchunshizhenghuimaoyi | A2XE5C4Q6A9COE | zhenghuimaoyiscc@163.com |

| 205 | FCER | A1E2WCSPR18UYB | cfylus@163.com |
|---|---|---|---|
| 206 | FengFun Direct | A1AECNI4SZJ4N | yunchengzhang925@sina.com |
| 207 | ghfituig | A25HERTLWRZWJO | mousewp7117@126.com |
| 208 | Guffo US | A3B2E4TIPKKZ3T | hujin0799@outlook.com |
| 210 | IDPLUS Store | A35S2KZFZ23IVY | idplus20201117@163.com |
| 211 | KIANYU | A35RPVWMEQ58VL | cmq13799014042@163.com |
| 212 | Kieffershop | A765OXFZFKO4G | bofang2550025708@163.com |
| 213 | koutianshangmao | A24ZK12YZ8VDHF | koutianbaihuo@163.com |
| 214 | Lambent Fashion & Jewelry | A13MT2CDOVA9RR | chings-service@hotmail.com |
| 215 | Laumen | A4RXEM4TFQ88O | dengyunama@163.com |
| 217 | LX bsr | A278Q4I5C4U53I | lanxinbsr@163.com |
| 218 | MDDerict | A1DULRIUAP4GR | 30xia@163.com |
| 222 | NewBelieve Direct | A3IJV0WDSWOPRA | yumingcao900609@gmail.com |
| 223 | OHTY | A1ZZGYH33951LC | 501622314@qq.com |
| 224 | Perfprety123 | AD8O0M1FWISA0 | zzdwmeir0814eu@outlook.com |
| 225 | Petron | A2OTGM69DKY38F | lykapharma@gmail.com |
| 226 | Plyycy-Direct | AUAIEUQ0K923M | yinyun871zd@163.com |
| 227 | Qianashop | AHCCYU7OE5QK4 | 449851515@qq.com |
| 229 | Rreqms | A284V1FIO3LCVS | eemuzhrng@163.com |
| 230 | Secorn | A566G9MC6R6R6 | secorn@163.com |
| 231 | SJSJMyxgss | A34TB6YKJCTJSY | sjsjmyxgs@hotmail.com |
| 232 | sunnymmp | A31SSK8DDQUEER | yph042@163.com |
| 233 | SZSCL | A32JIINDJ1Y5J3 | gdltc@163.com |
| 234 | US-LiangFun Direct | ABDG7II56M58Y | lkjmnd27@163.com |
| 235 | WEIJIENANJIAO | A2MTQR7NJG5FIZ | goux29893828@163.com |
| 236 | WeleneDirect | AD52GP7EF40GX | amazon@welene.com |
| 237 | wujqtrade | A1O4MURXY8KQL7 | 3181217983@qq.com |
| 238 | YanZiChuangLian | A1WPC5EBTN5ZFK | yanzichuanglian521@163.com |

| 239 | YBRJ | A2T181OD5R1ONO | 307321304@qq.com |
|---|---|---|---|
| 240 | YMANDYM US | A17C41X70MYNW3 | shishou074643663@163.com |
| 241 | YOUQ US | A3BNIV8FM8HX80 | gongzhihao001@outlook.com |
| 243 | zhoulibaoyeyouxiangongsi | A1X0PNLBFCE6PQ | zhoulibaoyean@163.com |
| 244 | 天之择 | A1UX2JAPDKNGC0 | fate1230@163.com |
| 245 | b2b_beautiful Store | 20329460 | 3169312216@qq.com |
| 246 | b2b_best_seller Store | 21538491 | 1665409768@qq.com |
| 247 | b2b_life Store | 20329459 | 3169312216@qq.com |
| 248 | b2b_sellers Store | 21538468 | 1665409768@qq.com |
| 249 | bachwholesaler Store | 21588445 | 1283496925@qq.com |
| 250 | best_bikini Store | 20329629 | 3169312216@qq.com |
| 251 | big_family_home Store | 21557011 | 17362986819@163.com |
| 252 | big_home Store | 21362726 | sqbaowo@163.com |
| 253 | dandelionl2 Store | 21714069 | 3331516686@qq.com |
| 254 | Ediblesbags/ediblesbags500mg Store | 21713142 | bdnfacai@sina.com |
| 255 | fashion_home_best Stor | 21562612 | yiwujiacheng@126.com |
| 256 | fazhipin Store | 21515089 | 1164711891@qq.com |
| 257 | foson_household Store | 21555292 | hanshunling@hotmail.com |
| 258 | fpxnb Store | 21746066 | nrd163d07@163.com |
| 259 | free_baby Store | 21363341 | sqbaowo@163.com |
| 260 | good_clothes Store | 20329483 | 464036482@qq.com |
| 261 | Hat Scarf Factory Store | 14774574 | jinjin.shuai@qq.com |
| 262 | home_for_you Store | 21556870 | 17362986819@163.com |
| 263 | honest_seller_2020 Store | 21562610 | yiwuhaigu@163.com |
| 264 | hot_items_home Store | 21579839 | yiwujiacheng@126.com |
| 265 | householdstore1 Store | 21572765 | 1012732502@qq.com |
| 266 | jingjingliang_no4 Store | 20141314 | jinjin.shuai@qq.com |
| 267 | kitchen_for_you Store | 21562731 | yiwujiacheng@126.com |
| 268 | liangjingjing_bikini Store | 20228898 | jinjin.shuai@qq.com |
| 269 | liangjingjing_home Store | 20328702 | 3169312216@qq.com |
| 270 | liangjingjing_no3 Store | 19994515 | jinjin.shuai@qq.com |

| 271 | love_fashion_home Store | 21562615 | yiwujiacheng@126.com |
| 273 | million_store Store | 21679738 | million_store@outlook.com |
| 274 | new_items_home Store | 21580102 | yiwujiacheng@126.com |
| 275 | niuniubra Store | 21746063 | nrd163d07@163.com |
| 276 | ruby_one Store | 20141318 | 464036482@qq.com |
| 277 | simonxiong12 Store | 21581799 | simon_xiong@126.com |
| 278 | Top Wholesaler Store | 21001865 | 339830748@qq.com |
| 280 | xi2015 Store | 19952327 | songyangqi85@qq.com |
| 281 | YAOTA Direct Store | 21580399 | gxjohnyyl@163.com |
| 282 | yeah2010 Store | 21610974 | fjlybde@outlook.com |
| 284 | best_online1 | best_online1 | seller4you.bl@gmail.com |
| 287 | bibam_4 | bibam_4 | bambino.bimbi@outlook.com |
| 289 | desara6 | desara6 | dew.saraswati8@outlook.com |
| 290 | elfisla-0 | elfisla-0 | elfridaislamiyah@gmail.com |
| 292 | hadaaide_0 | hadaaide_0 | leoasibol@gmail.com |
| 293 | harmony038 | harmony038 | amehgdd@163.com |
| 294 | mitellstore | mitellstore | mitellm@gmail.com |
| 295 | ranadin_0 | ranadin_0 | adinantar@yahoo.com |
| 299 | someloorshop | someloorshop | someloor@gmail.com |
| 300 | step302678 | step302678 | neverliee787@gmail.com |
| 302 | tipra-3350 | tipra-3350 | tinoprasty00@outlook.com |
| 304 | Ana Gonzales | 5f79c6c89c2cb0e299008eed | venvb4@163.com |
| 305 | Andrew & Prescott | 5f74f8d7db9ed54450c9b4fc | tcuyim@163.com |
| 306 | baiyanqing2356 | 604c39088d5887467c6ca20b | paepv45@163.com |
| 307 | Battery Mate | 6117ca754398b17d69def483 | support@batterymate.com.au |
| 308 | BURNING RAIN | 5f69fdd089718dfc83421d95 | rlxgfr@163.com |
| 309 | detoughshalgun | 5e9811c196126c6c4b70b21a | h18451814725@163.com |
| 310 | erickpa | 5f8e8f04798cefdb6cfdff0d | nqvzg6@163.com |
| 311 | gianluca17 | 5f8f6f2f43db78004cc9d193 | reiez0@163.com |
| 312 | HeMeng | 5fe0c7faaa321959845a436e | goods.worth.store@outlook.com |

| 313 | inversiones esencial | 5f76085f47fa978dc6c44bae | jgbny9@163.com |
|-----|----------------------|--------------------------|-----------------|
| 314 | jarronverde | 5f873153493c240045f51835 | hibezv@163.com |
| 315 | jiangxiaoqiang | 5b0183b6651e614caccddfef | jiangxiaoqiang5678@163.com |
| 316 | Jospejk3 | 5f57fc7441c0739bcb940cb5 | shangjieu02@163.com |
| 317 | King1 bons | 5f7fa3897287f00047d62b06 | jmktob@163.com |
| 318 | koshoughext | 5e60a6f9d6f61c0ffa7a5610 | h1845181475@163.com |
| 319 | Luna.shoping | 5f8e1264241cc5b7ccf2b638 | nb923j@163.com |
| 320 | MargotG | 5d528b7f3db43e55f8817252 | juezhang761360@163.com |
| 321 | marivenss | 5f7664db47fa9709e2c44b30 | mriiyp@163.com |
| 322 | MARSHALL2025 | 5f8e333906860d0526488c1c | lzwvje@163.com |
| 323 | Min Liang | 5d53715c3db43e364bafe89d | pinyou148408684@163.com |
| 324 | nasibazariva | 5f7b79e569c7a8004a15b032 | uvyusx@163.com |
| 325 | peadeauliko | 5e980a8757aca60e80707651 | h18451814713@163.com |
| 326 | Purocomerciovnz | 5f7616b247fa97a206c44ba4 | kapbbj@163.com |
| 327 | remancer | 5f6753f9ab83bee7b71b9177 | qydozy@163.com |
| 328 | rerishrobev | 5e980b96920fc83b80f3040a | h18451814714@163.com |
| 329 | Sainn Lu | 5f6a7d38be24e4003c774a77 | ankypm@163.com |
| 330 | Sam.007 | 5f7e59f3294a287667172263 | dmfzwg@163.com |
| 331 | shangjibibi | 5d43ed5070327a4a406927f0 | alexdu1004@163.com |
| 332 | shereemjpcedt | 5e60a4dad0e9af268016100e | h1845181472@163.com |
| 333 | shuangshishuanggang | 5ecdceb890221d028d65fb85 | puwei19920111@163.com |
| 334 | sisheetdsj | 5e9808114ec15b63f4f4c727 | h18451814718@163.com |
| 335 | smathepsswge | 5e980e1540ac8713808649ec | h18451814718@163.com |
| 336 | sotoueztjjf | 5e60a3c4d0e9af08dd14306b | 184518147@qq.com |
| 337 | soughsxfwh | 5e980d2ad4392f18b5f7f9c1 | h18451814717@163.com |
| 338 | storek1ng | 5dd957eba0371312427f99c8 | jonzitogor14@hotmail.com |
| 339 | sunflower050 | 5f8e285f76ec12a5a2131591 | nwnqb4@163.com |
| 340 | sushengshushi | 5ecf552829e786506908e7ad | shounaobei62@163.com |
| 341 | tatashstxgc | 5e60a5f9a31ee90e45fe1576 | h1845181473@163.com |

| 342 | Thamara Lopez | 5f6a736e7cc0a04c5dd40d56 | glcjrg@163.com |
| 343 | THE BLONDS | 5f6a0816d9e21e1730f36c51 | nuukm2@163.com |
| 344 | the cicada | 5f6757a0ab83be58e11b92b0 | afykyh@163.com |
| 345 | theighthqra | 5e60a676ec5cd3100d412d9d | h1845181474@163.com |
| 346 | thesheysqhfd | 5e60a580d6f61c0f8f7a4932 | h1845181471@163.com |
| 348 | variedadesalejandro55 c.a | 5f7618827736b58faa1f4f36 | prrbhr@163.com |
| 349 | Venlus Funnygifts | 5f96973453c182454df44946 | odyxd53@163.com |
| 350 | voguewomen | 58be59b1659d025291d59431 | oguk4846385@163.com |
| 351 | Wanidasuk | 5e43b6ea4cb79155676f577f | sjwish03@163.com |
| 352 | winding mountain path | 59426a45f0d6e67a55fcb3d7 | jishuntai_19@yeah.net |
| 353 | wojiadedangpu | 58c7948e2da240507b726ea8 | hutyy5579807@163.com |
| 354 | WXHxiaohua | 60127d614e7d1d2fc977ba15 | 2738997172@qq.com |
| 355 | yangzhiwen1301 | 614c12985d5d4f1ab0f8f7b4 | tanqiaofu1oe@163.com |
| 356 | YinxinDecoctionjS | 5f50267b0808b23efb655e00 | wiauy0@163.com |
| 357 | Yravins | 5fe047f3aa3219c10e5a446d | y.ravins@gmail.com |
| 358 | Life Connection | A1U1G6P4YEESCT | jianan1917@hotmail.com |
| 359 | Tong Tang Design | A2HJDZ5R5H9PIJ | moxian19980812@163.com |

(collectively, the "Defaulting Defendants") (Docket Nos. 38, 39).

This Court having entered upon a showing by Plaintiff a temporary restraining order and preliminary injunction against Defaulting Defendants;

Plaintiff having properly completed service of process on Defaulting Defendants, providing notice via e-mail, along with any notice that Defaulting Defendants received from the ecommerce platforms, hosts, and payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

Defaulting Defendants having failed to answer the Complaint or otherwise plead, and the time for answering the Complaint having expired;

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defaulting Defendants because Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defaulting Defendants are reaching out to do business with Illinois residents by operating one or more commercial, interactive Infringing Websites through which Illinois residents can purchase products infringing Plaintiff's U.S. Patent No. U.S. Patent Number 10,813,792 ("the '792 Patent").

THIS COURT FURTHER FINDS that the Defaulting Defendants are liable for patent infringement (35 U.S.C. § 271). Specifically, this Court finds that the '792 Patent is valid and enforceable and that the Defaulting Defendants have infringed Claim 1 of the '792 Patent literally and/or through the doctrine of equivalents.

THIS COURT FURTHER FINDS that although information about the Defaulting Defendants' profits and revenues is sparse, that Plaintiff's efforts provide the best available measure of profits and Plaintiff has established evidence of a minimum reasonable royalty for the '792 Patent.

THIS COURT FURTHER FINDS that the Defaulting Defendants have willfully infringed the '792 Patent. In particular, the Defaulting Defendants have exactly copied Plaintiff's patented product. The Defaulting Defendants have also attempted to hide their misconduct from Plaintiff by using aliases and taking efforts to conceal their identities. The actions of the Defaulting Defendants subjectively establish that their conduct is egregious, willful, wanton, malicious, and deliberate. For these reasons, the Court finds that enhanced damages are appropriate in this case and that Plaintiff is awarded three times the amounts assessed for each Defaulting Defendant.

IT IS HEREBY ORDERED that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default and that this Final Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be permanently enjoined and restrained from:

1. Offering for sale, selling, and importing any product covered by the '792 Patent that is not authorized by Plaintiff;

2. Aiding, abetting, contributing to, or otherwise assisting anyone in infringing the '792 Patent;

3. using, linking to, transferring, selling, exercising control over, or otherwise owning or operating the infringing webstores, websites, or any other domain name that is being used to sell or is the means by which the Defaulting Defendants could continue to sell products infringing the '792 Patent;

4. operating and/or hosting infringing webstores, websites and any other domain names registered or operated by Defaulting Defendants that are involved with the distribution, importation, offering for sale, or sale of any product covered by the '792 Patent not authorized by Plaintiff;

5. Effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or avoiding the prohibitions set forth in the above subparagraphs;

Those in privity with Defaulting Defendants and with actual notice of this Order, including ecommerce platform providers, such as Amazon, eBay, DHGate, Paypal, Wish, etc., shall within three (3) business days of receipt of this Order:

1. disable and cease providing services for any accounts through which Defaulting Defendants, in the past, currently or in the future, engage in the sale of any product covered by the '792 Patent, including, but not limited to, any accounts associated with the Defaulting Defendants as listed above; and

2. disable any account linked to Defaulting Defendants, linked to any e-mail addresses used by Defaulting Defendants, or linked to any of the Infringing webstores/websites.

Pursuant to 35 U.S.C. § 284, Plaintiff is awarded profits and enhanced damages from each of the Defaulting Defendants for infringement of the '792 Patent through at least the Defaulting Defendants' sale of infringing products through the Infringing Webstores according to the below chart:

| Doe # | Merchant Name | Email | Damages Award |
|---|---|---|---|
| 1 | ALOODS | amzlin03@163.com | $9,739.14 |
| 2 | ALOOF US | aptch03@163.com | $9,739.14 |
| 4 | ASHARP | vooaleede@126.com | $9,739.14 |
| 6 | DAMENGNAN | shiyan7922221@163.com | $9,739.14 |
| 7 | ESPULL | liumiao_us@163.com | $9,739.14 |
| 8 | fenweimaoyi | chenjie6688vip@163.com | $10,458.77 |
| 9 | FSGKJY | xinyufenghe2@hotmail.com | $59,742.11 |
| 10 | HAA-Capzord | hz08041121@yeah.net | $9,739.14 |
| 15 | MATAO-MA | uei688@126.com | $38,308.84 |
| 16 | MSW-8 | jingmosm2021@163.com | $9,739.14 |
| 17 | MSW-9 | chaoyuedz2021@163.com | $19,478.26 |
| 18 | Ran US | 694785388@qq.com | $57,415.28 |
| 19 | Roayan | roayan_us@163.com | $81,331.31 |
| 21 | rongrong mall | dabaoliu0913@163.com | $22,620.68 |
| 23 | TingEnterprisebinn | tingenterprisebin@outlook.com | $26,230.88 |

| 24 | TOPWAVO | fanfuchun05us999@163.com | $42,782.60 |
|----|---------|--------------------------|------------|
| 25 | wewrdgdfgdgd | dfhskf@163.com | $9,739.14 |
| 27 | Abbybellee | m17061335274@163.com | $9,739.14 |
| 28 | Are_beautiful | 1665409768@qq.com | $9,739.14 |
| 29 | Best_kitchen_home | yiwuhaigu@163.com | $9,739.14 |
| 30 | Cheapgoodfuns | rao717972543@163.com | $9,739.14 |
| 31 | Damai123 | 1362234714@qq.com | $9,739.14 |
| 32 | Do_bussiness_with | 1665409768@qq.com | $9,739.14 |
| 33 | Durian0725 | 529233944@qq.com | $9,739.14 |
| 34 | Fashion_with_you | 1665409768@qq.com | $9,739.14 |
| 36 | Figure925 | 464597452@qq.com | $9,739.14 |
| 37 | Good_sunglasses | 3169312216@qq.com | $9,739.14 |
| 38 | Item_home | 3625347146@qq.com | $9,739.14 |
| 40 | Liangjingjing_kitche | jinjin.shuai@qq.com | $9,739.14 |
| 41 | Liangjingjing_no1 | jinjin.shuai@qq.com | $9,739.14 |
| 42 | Lonyee | 364163258@qq.com | $9,739.14 |
| 43 | Lonyeebaba | 364163258@qq.com | $9,739.14 |
| 44 | Love2016365 | 424213328@qq.com | $9,739.14 |
| 45 | Luy_flowhome | xxl2468072725@163.com | $9,739.14 |
| 46 | Manufacturers | 2670129307@qq.com | $9,739.14 |
| 47 | Meidy | meidyhui@163.com | $9,739.14 |
| 48 | Miaifamily | 402847696@qq.com | $9,739.14 |
| 49 | Monalisa2013 | monalisa2022@163.com | $9,739.14 |
| 50 | Nicehome88 | 3181559478@qq.com | $9,739.14 |
| 51 | Szq75668899 | 462017091@qq.com | $9,739.14 |
| 52 | Topwholesalerno3 | 2730539271@qq.com | $9,739.14 |
| 53 | Toys2010 | 2643852967@qq.com | $9,739.14 |
| 54 | Xiaobowang1988 | 570056825@qq.com | $9,739.14 |
| 55 | Zhengyouchen | 101841257@163.com | $9,739.14 |
| 57 | *gbshop* | brownegeorgia6@gmail.com | $9,739.14 |
| 59 | adix_store | adiebay2021@gmail.com | $9,739.14 |
| 61 | alio_store | yuldaebay@gmail.com | $9,739.14 |
| 63 | amitaipe | amitaiperets@gmail.com | $9,739.14 |
| 64 | arnas-seller | arnasnaudziunas@gmail.com | $9,739.14 |
| 65 | aushawi_0 | buyagainstore@outlook.com | $9,739.14 |
| 66 | best_buy4you-84 | lehatal8@gmail.com | $9,739.14 |
| 68 | best_store5 | nehoray2020cohen@gmail.com | $9,739.14 |
| 70 | bigbigfalls | sandra.mistec@gmail.com | $9,739.14 |
| 73 | changehomestead1 | adriangarriss@gmail.com | $9,739.14 |

| 74 | crypto_profit | cellularking2017@gmail.com | $9,739.14 |
|---|---|---|---|
| 76 | disama-39 | dizstore90@gmail.com | $9,739.14 |
| 77 | dsstores_00 | dilinip05@gmail.com | $9,739.14 |
| 79 | easy_buystore | sandeeponlinestore12@gmail.com | $9,739.14 |
| 80 | easynet-1 | jayawardanajulanga@gmail.com | $9,739.14 |
| 81 | ebamel4 | ebamelani588@gmail.com | $9,739.14 |
| 82 | eddyl_99 | eddylove101@yahoo.com | $9,739.14 |
| 83 | elior_store5 | eliorebay2021@gmail.com | $9,739.14 |
| 87 | etone97 | stanuruddha1997@gmail.com | $9,739.14 |
| 88 | eysa85 | eyalebay3@gmail.com | $9,739.14 |
| 91 | fro-8366 | maxfrodge212@fastmail.com | $9,739.14 |
| 92 | garajap21 | gangastore0707@gmail.com | $9,739.14 |
| 93 | getonl_0 | getnewonlinenow@gmail.com | $9,739.14 |
| 94 | gili_store | giliebay2020@gmail.com | $9,739.14 |
| 95 | guitar-warehouse00 | stephen@stellaraudio.net | $9,739.14 |
| 97 | idanix_store | idanebay7090@gmail.com | $9,739.14 |
| 98 | info.rukish_50 | info.rukishienterprises@gmail.com | $9,739.14 |
| 101 | k.e.gamini | kekariyawasam1983@gmail.com | $9,739.14 |
| 102 | market_bestchoice | bestceylonmarket@gmail.com | $9,739.14 |
| 103 | martnova | bounfourfaissal@gmail.com | $9,739.14 |
| 106 | mohammeriya_42 | riyazzulfi56@gmail.com | $9,739.14 |
| 107 | mohanas7589/for-every-thing22 | m.nassar6240@gmail.com | $9,739.14 |
| 108 | najmo_store | muhamedjamoza@gmail.com | $9,739.14 |
| 109 | nehoci | nehozcohen@gmail.com | $9,739.14 |
| 111 | perfectshop77 | hamzabenyassine@gmail.com | $9,739.14 |
| 112 | ponimai | ponimaikin@gmail.com | $9,739.14 |
| 114 | rachfebr_0 | rachmawanfebrianto@yahoo.com | $9,739.14 |
| 116 | robertogutierrezz | Eyal.min045+1@gmail.com | $9,739.14 |
| 119 | savsol2021 | marketingmannat@gmail.com | $9,739.14 |
| 120 | shala_6859 | shalevebay2206@gmail.com | $9,739.14 |
| 121 | shini_store | g.sangeeth02@gmail.com | $9,739.14 |
| 122 | superusefuldeals4u | suirdna123456@gmail.com | $9,739.14 |
| 123 | tge620 | thegoldeneagle620@gmail.com | $9,739.14 |
| 124 | theekshani-store | theekshanistore@gmail.com | $9,739.14 |
| 125 | thushanjayaw-0 | thushanrandikajayawardana@gmail.com | $9,739.14 |
| 127 | walstorepak | walstoreusa@gmail.com | $9,739.14 |
| 129 | zazou_store | eliezertuil26@gmail.com | $9,739.14 |
| 131 | Kenneth M Brown | gewyg4@163.com | $9,739.14 |
| 132 | BDFKLJ | zeng955@sina.com | $9,739.14 |

| 133 | bibma1 | luojunying888@126.com | $9,739.14 |
| 134 | BlueGreenow | bluegreenbusines@outlook.com | $9,739.14 |
| 135 | bromicras | onoroto@mail.ee | $9,739.14 |
| 136 | bvncghmjljkbljb | fenbadu43vi@163.com | $404,173.81 |
| 137 | ccry1157 | 3308411098@qq.com | $100,965.49 |
| 138 | chenaisheng2134 | goujiusum@163.com | $9,739.14 |
| 141 | Cinny Store | 2625185043@qq.com | $72,803.58 |
| 142 | Climb Electronic Technology Co., Ltd. | 890807@qq.com | $9,739.14 |
| 143 | CNUJOJ STOR | rakol124@126.com | $9,739.14 |
| 144 | dailu089E | dailu08964@163.com | $40,215.88 |
| 145 | DBoss | 3177399635@qq.com | $9,739.14 |
| 146 | decarbonater | latrinabibbinskkt23@gmail.com | $9,739.14 |
| 147 | Delgado's MastersMarket | maiteedelgaa19@outlook.com | $9,739.14 |
| 148 | DenisseQuedo | alexismanto@hotmail.com | $9,739.14 |
| 150 | el paraiso3 | w.allsamanda543@gmail.com | $9,739.14 |
| 152 | fenghaixia12345 | ttpvfb@163.com | $89,763.10 |
| 153 | Gallenkamp | johnematthews@mail.ee | $9,739.14 |
| 154 | Guangzhou Shenxuan Trade Co.,Ltd. | gzsxuan@hotmail.com | $9,739.14 |
| 156 | Hiapai | 3212412996@qq.com | $9,739.14 |
| 157 | hjhhjgfhxfdr | xianru8893kb@163.com | $9,739.14 |
| 158 | Honor***Q | wenzaihuawish@163.com | $9,739.14 |
| 159 | hw9431 | h15558670979@163.com | $9,739.14 |
| 160 | infants3 | infants3@163.com | $9,739.14 |
| 161 | Jamez | qptqr2@163.com | $9,739.14 |
| 162 | JiaChen Store | 2446737579@qq.com | $9,739.14 |
| 163 | jokereader | j18675541374@126.com | $9,739.14 |
| 164 | Kansuperone | fansu625perone@sina.com | $9,739.14 |
| 165 | Latia J Franz | qecuk6@163.com | $9,739.14 |
| 167 | lriz92 | lriz92@163.com | $9,739.14 |
| 169 | miliya | miliya88@sina.com | $9,739.14 |
| 170 | Painting rivers and mountains | 328206853@qq.com | $9,739.14 |
| 172 | QC3FH1Q4A | kenjiaotiemm8@163.com | $25,451.27 |
| 173 | qilongfine | wuqilongfine@163.com | $32,551.72 |
| 174 | raindew | xraindew@outlook.com | $9,739.14 |
| 175 | ruichenchen7902 | liangyunpaz6@163.com | $9,739.14 |
| 177 | smotoezupnrd | smotoezupnrd@hotmail.com | $9,739.14 |
| 178 | snowdog | ojennie740@gmail.com | $138,554.69 |
| 181 | utoemd26f | iwh8drr23@163.com | $22,164.91 |

| 182 | valleyvilla | sunriseshinei77@gmail.com | $9,739.14 |
| 183 | vivistyle | wish6675261@163.com | $9,739.14 |
| 184 | Watchonor | 3276343846@qq.com | $9,739.14 |
| 185 | wgt567 | 987758620@qq.com | $25,019.48 |
| 187 | Youtiaoyu Technology Limited | zhangcanyuyx1@yil5.com | $9,739.14 |
| 188 | yutainza | hbiv556@163.com | $9,739.14 |
| 189 | zhanfengtang | zhanfeng606@163.com | $35,082.45 |
| 190 | ZHAOLINL | ziyigong40@163.com | $9,739.14 |
| 191 | zhaotainhui45 | r798ktto@163.com | $9,739.14 |
| 193 | Beauty House | huangheruhai@yeah.net ariel.wu@bestope.com | $9,739.14 |
| 194 | DreamHouse | kalulichao@126.com | $9,739.14 |
| 196 | YunDaPeng | gavin53213@outlook.com yhwfswarehouse@outlook.com | $9,739.14 |
| 198 | APPLERS | ptlnsm@163.com | $9,739.14 |
| 199 | baichuanstore | baichuanlvye@163.com | $9,739.14 |
| 201 | Blacktop Hill | guanbushao387@163.com | $9,739.14 |
| 204 | changchunshizhenghuimaoyi | zhenghuimaoyiscc@163.com | $9,739.14 |
| 205 | FCER | cfylus@163.com | $9,739.14 |
| 206 | FengFun Direct | yunchengzhang925@sina.com | $10,278.86 |
| 207 | ghfituig | mousewp7117@126.com | $9,739.14 |
| 208 | Guffo US | hujin0799@outlook.com | $9,739.14 |
| 210 | IDPLUS Store | idplus20201117@163.com | $9,739.14 |
| 211 | KIANYU | cmq13799014042@163.com | $9,739.14 |
| 212 | Kieffershop | bofang2550025708@163.com | $9,739.14 |
| 213 | koutianshangmao | koutianbaihuo@163.com | $9,739.14 |
| 214 | Lambent Fashion & Jewelry | chings-service@hotmail.com | $9,739.14 |
| 215 | Laumen | dengyunama@163.com | $9,739.14 |
| 217 | LX bsr | lanxinbsr@163.com | $9,739.14 |
| 218 | MDDerict | 30xia@163.com | $64,755.61 |
| 222 | NewBelieve Direct | yumingcao900609@gmail.com | $68,749.61 |
| 223 | OHTY | 501622314@qq.com | $9,739.14 |
| 224 | Perfprety123 | zzdwmeir0814eu@outlook.com | $9,739.14 |
| 225 | Petron | lykapharma@gmail.com | $9,739.14 |
| 226 | Plyycy-Direct | yinyun871zd@163.com | $53,841.07 |
| 227 | Qianashop | 449851515@qq.com | $9,739.14 |
| 229 | Rreqms | eemuzhrng@163.com | $9,739.14 |
| 230 | Secorn | secorn@163.com | $66,782.59 |
| 231 | SJSJMyxgss | sjsjmyxgs@hotmail.com | $36,281.85 |

| 232 | sunnymmp | yph042@163.com | $9,739.14 |
|-----|----------|----------------|-----------|
| 233 | SZSCL | gdltc@163.com | $9,739.14 |
| 234 | US-LiangFun Direct | lkjmnd27@163.com | $31,244.37 |
| 235 | WEIJIENANJIAO | goux29893828@163.com | $9,739.14 |
| 236 | WeleneDirect | amazon@welene.com | $9,739.14 |
| 237 | wujqtrade | 3181217983@qq.com | $9,739.14 |
| 238 | YanZiChuangLian | yanzichuanglian521@163.com | $9,739.14 |
| 239 | YBRJ | 307321304@qq.com | $9,739.14 |
| 240 | YMANDYM US | shishou074643663@163.com | $9,739.14 |
| 241 | YOUQ US | gongzhihao001@outlook.com | $9,739.14 |
| 243 | zhoulibaoyeyouxiangongsi | zhoulibaoyean@163.com | $9,739.14 |
| 244 | 天之择 | fate1230@163.com | $9,739.14 |
| 245 | b2b_beautiful Store | 3169312216@qq.com | $9,739.14 |
| 246 | b2b_best_seller Store | 1665409768@qq.com | $9,739.14 |
| 247 | b2b_life Store | 3169312216@qq.com | $9,739.14 |
| 248 | b2b_sellers Store | 1665409768@qq.com | $9,739.14 |
| 249 | bachwholesaler Store | 1283496925@qq.com | $9,739.14 |
| 250 | best_bikini Store | 3169312216@qq.com | $9,739.14 |
| 251 | big_family_home Store | 17362986819@163.com | $9,739.14 |
| 252 | big_home Store | sqbaowo@163.com | $9,739.14 |
| 253 | dandelionl2 Store | 3331516686@qq.com | $9,739.14 |
| 254 | Ediblesbags/ediblesbags500mg Store | bdnfacai@sina.com | $9,739.14 |
| 255 | fashion_home_best Stor | yiwujiacheng@126.com | $9,739.14 |
| 256 | fazhipin Store | 1164711891@qq.com | $9,739.14 |
| 257 | foson_household Store | hanshunling@hotmail.com | $9,739.14 |
| 258 | fpxnb Store | nrd163d07@163.com | $9,739.14 |
| 259 | free_baby Store | sqbaowo@163.com | $9,739.14 |
| 260 | good_clothes Store | 464036482@qq.com | $9,739.14 |
| 261 | Hat Scarf Factory Store | jinjin.shuai@qq.com | $9,739.14 |
| 262 | home_for_you Store | 17362986819@163.com | $9,739.14 |
| 263 | honest_seller_2020 Store | yiwuhaigu@163.com | $9,739.14 |
| 264 | hot_items_home Store | yiwujiacheng@126.com | $9,739.14 |
| 265 | householdstore1 Store | 1012732502@qq.com | $9,739.14 |
| 266 | jingjingliang_no4 Store | jinjin.shuai@qq.com | $9,739.14 |
| 267 | kitchen_for_you Store | yiwujiacheng@126.com | $9,739.14 |
| 268 | liangjingjing_bikini Store | jinjin.shuai@qq.com | $9,739.14 |
| 269 | liangjingjing_home Store | 3169312216@qq.com | $9,739.14 |
| 270 | liangjingjing_no3 Store | jinjin.shuai@qq.com | $9,739.14 |
| 271 | love_fashion_home Store | yiwujiacheng@126.com | $9,739.14 |

| 273 | million_store Store | million_store@outlook.com | $9,739.14 |
|-----|---------------------|--------------------------|-----------|
| 274 | new_items_home Store | yiwujiacheng@126.com | $9,739.14 |
| 275 | niuniubra Store | nrd163d07@163.com | $9,739.14 |
| 276 | ruby_one Store | 464036482@qq.com | $9,739.14 |
| 277 | simonxiong12 Store | simon_xiong@126.com | $9,739.14 |
| 278 | Top Wholesaler Store | 339830748@qq.com | $9,739.14 |
| 280 | xi2015 Store | songyangqi85@qq.com | $9,739.14 |
| 281 | YAOTA Direct Store | gxjohnyyl@163.com | $9,739.14 |
| 282 | yeah2010 Store | fjlybde@outlook.com | $9,739.14 |
| 284 | best_online1 | seller4you.bl@gmail.com | $9,739.14 |
| 287 | bibam_4 | bambino.bimbi@outlook.com | $9,739.14 |
| 289 | desara6 | dew.saraswati8@outlook.com | $9,739.14 |
| 290 | elfisla-0 | elfridaislamiyah@gmail.com | $9,739.14 |
| 292 | hadaaide_0 | leoasibol@gmail.com | $9,739.14 |
| 293 | harmony038 | amehgdd@163.com | $9,739.14 |
| 294 | mitellstore | mitellm@gmail.com | $9,739.14 |
| 295 | ranadin_0 | adinantar@yahoo.com | $9,739.14 |
| 299 | someloorshop | someloor@gmail.com | $9,739.14 |
| 300 | step302678 | neverliee787@gmail.com | $9,739.14 |
| 302 | tipra-3350 | tinoprasty00@outlook.com | $9,739.14 |
| 304 | Ana Gonzales | venvb4@163.com | $9,739.14 |
| 305 | Andrew & Prescott | tcuyim@163.com | $9,739.14 |
| 306 | baiyanqing2356 | paepv45@163.com | $9,739.14 |
| 307 | Battery Mate | support@batterymate.com.au | $9,739.14 |
| 308 | BURNING RAIN | rlxgfr@163.com | $9,739.14 |
| 309 | detoughshalgun | h18451814725@163.com | $9,739.14 |
| 310 | erickpa | nqvzg6@163.com | $9,739.14 |
| 311 | gianluca17 | reiez0@163.com | $9,739.14 |
| 312 | HeMeng | goods.worth.store@outlook.com | $9,739.14 |
| 313 | inversiones esencial | jgbny9@163.com | $9,739.14 |
| 314 | jarronverde | hibezv@163.com | $9,739.14 |
| 315 | jiangxiaoqiang | jiangxiaoqiang5678@163.com | $9,739.14 |
| 316 | Jospejk3 | shangjieu02@163.com | $9,739.14 |
| 317 | King1 bons | jmktob@163.com | $9,739.14 |
| 318 | koshoughext | h1845181475@163.com | $9,739.14 |
| 319 | Luna.shoping | nb923j@163.com | $9,739.14 |
| 320 | MargotG | juezhang761360@163.com | $9,739.14 |
| 321 | marivenss | mriiyp@163.com | $9,739.14 |
| 322 | MARSHALL2025 | lzwvje@163.com | $9,739.14 |

| 323 | Min Liang | pinyou148408684@163.com | $9,739.14 |
|-----|-----------|--------------------------|-----------|
| 324 | nasibazariva | uvyusx@163.com | $9,739.14 |
| 325 | peadeauliko | h18451814713@163.com | $9,739.14 |
| 326 | Purocomerciovnz | kapbbj@163.com | $9,739.14 |
| 327 | remancer | qydozy@163.com | $9,739.14 |
| 328 | rerishrobev | h18451814714@163.com | $9,739.14 |
| 329 | Sainn Lu | ankypm@163.com | $9,739.14 |
| 330 | Sam.007 | dmfzwg@163.com | $9,739.14 |
| 331 | shangjibibi | alexdu1004@163.com | $9,739.14 |
| 332 | shereemjpcedt | h1845181472@163.com | $9,739.14 |
| 333 | shuangshishuanggang | puwei19920111@163.com | $9,739.14 |
| 334 | sisheetdsj | h1845181478@163.com | $9,739.14 |
| 335 | smathepsswge | h18451814718@163.com | $9,739.14 |
| 336 | sotoueztjjf | 184518147@qq.com | $9,739.14 |
| 337 | soughsxfwh | h18451814717@163.com | $9,739.14 |
| 338 | storek1ng | jonzitogor14@hotmail.com | $9,739.14 |
| 339 | sunflower050 | nwnqb4@163.com | $9,739.14 |
| 340 | sushengshushi | shounaobei62@163.com | $9,739.14 |
| 341 | tatashstxgc | h1845181473@163.com | $9,739.14 |
| 342 | Thamara Lopez | glcjrg@163.com | $9,739.14 |
| 343 | THE BLONDS | nuukm2@163.com | $9,739.14 |
| 344 | the cicada | afykyh@163.com | $9,739.14 |
| 345 | theighthqra | h1845181474@163.com | $9,739.14 |
| 346 | thesheysqhfd | h1845181471@163.com | $9,739.14 |
| 348 | variedadesalejandro55 c.a | prrbhr@163.com | $9,739.14 |
| 349 | Venlus Funnygifts | odyxd53@163.com | $9,739.14 |
| 350 | voguewomen | oguk4846385@163.com | $9,739.14 |
| 351 | Wanidasuk | sjwish03@163.com | $9,739.14 |
| 352 | winding mountain path | jishuntai_19@yeah.net | $9,739.14 |
| 353 | wojiadedangpu | hutyy5579807@163.com | $9,739.14 |
| 354 | WXHxiaohua | 2738997172@qq.com | $9,739.14 |
| 355 | yangzhiwen1301 | tanqiaofu1oe@163.com | $9,739.14 |
| 356 | YinxinDecoctionjS | wiauy0@163.com | $9,739.14 |
| 357 | Yravins | y.ravins@gmail.com | $9,739.14 |
| 358 | Life Connection | jianan1917@hotmail.com | $9,739.14 |
| 359 | Tong Tang Design | moxian19980812@163.com | $17,667.16 |

As to each Defaulting Defendant, until such Defaulting Defendant has paid in full the

award of damages against it:

1. Amazon, eBay, DHGate, Wish (collectively the "Platforms") and PayPal, Payoneer, WorldFirst, Bill.com, Pingpong, Payeco, Umpay/Union Mobile Pay, Moneygram and Western Union (collectively the "Payment Processors") shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Infringing webstores/websites identified, from transferring or disposing of any money or other of Defaulting Defendants' assets.

2. All monies currently restrained in Defaulting Defendants' financial accounts, including monies held by the Platforms or the Payment Processors are hereby released to Plaintiff as partial payment of the above-identified damages, and are ordered to release to Plaintiff the amounts from Defaulting Defendants' Platform or Payment Processor accounts within ten (10) business days of receipt of this Order.

3. Plaintiff shall have the ongoing authority to serve this Order on the Platforms or the Payment Processors in the event that any new accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, the Platforms or the Payment Processors shall within two (2) business days:

    a. Locate all accounts and funds connected to Defaulting Defendants, Defaulting Defendants' Infringing webstores/websites, including, but not limited to, any accounts connected to the information listed above, the e-mail addresses identified above, and any e-mail addresses provided for Defaulting Defendants by third parties;

    b. Restrain and enjoin such accounts or funds from transferring or disposing of any money or other of Defaulting Defendants' assets; and

c.     Release all monies restrained in Defaulting Defendants' accounts to Plaintiff as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

4.   Until Plaintiff has recovered full payment of monies owed to it by any Defaulting Defendant, Plaintiff shall have the ongoing authority to serve this Order on any banks, savings and loan associations, payment processors, or other financial institutions (collectively, the "Financial Service Providers") in the event that any new financial accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, the Financial Service Providers shall within two (2) business days:

a.     Locate all accounts and funds connected to Defaulting Defendants, Defaulting Defendants' Infringing webstores/websites, including, but not limited to, any accounts connected to the information listed above, the e-mail addresses identified above, and any e-mail addresses provided for Defaulting Defendants by third parties;

b.     Restrain and enjoin such accounts or funds from receiving, transferring or disposing of any money or other of Defaulting Defendants' assets; and

c.     Release all monies restrained in Defaulting Defendants' financial accounts to Plaintiff as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

Finally, the Clerk shall return Plaintiff's $10,000 bond, including any interest minus the registry fee, posted as a condition of the injunctive relief issued in this matter (Docket # 16).

DATED: __April 8, 2022_____

_____
Hon. Sara L. Ellis